# EXHIBIT 4

# Invoice

| DATE | INVOICE # |
|---|---|
| May 27, 2017 | LMB2017374 |

### BILL TO

Nicole Sanders
The Fish Law Firm, PC
200 E. 6th Avenue, Suite 123
Naperville, IL 60563
(630) 355-7590

| TERMS |
|---|
| Due upon receipt |

| DESCRIPTION | HOURS | AMOUNT |
|---|---|---|
| **PROCESS SERVICE**<br>Kusinski V. MacNeil Automotive.<br>1:17 cv 03618<br><br>MacNeil Automotive Products Limited<br>d/b/a Weather Tech Direct, LLC<br>C/O Robert C. Aument R/A<br>227 W. Monroe Street, Suite 3500<br>Chicago, IL 60606<br><br>New Address:<br>300 S. Wacker, Ste 2200<br>Chicago, IL | | $75.00 |

**NOTE: Please make all checks payable to Lynn Bagley**

| TOTAL | $150.00 |
|---|---|

**LYNN MARIE BAGLEY, PRIVATE DETECTIVE**
**1232 W. 103RD STREET**
**CHICAGO, IL 60643**
**(773) 550-5950**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Martin Kusinski, on behalf of himself and all
other plaintiff similarly situated,

CASE NUMBER: 1:17-cv-03618

V.

ASSIGNED JUDGE: Charles P. Kocoras

MacNeil Automotive Products Limited, d/b/a
Weathertech

DESIGNATED
MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

MacNeil Automotive Products Limited d/b/a WeatherTech Direct, LLC
c/o Robert C. Aument, Registered Agent
227 W. Monroe Street, Suite 3500
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Fish
The Fish Law Firm, P.C.
200 E. 5th Ave., Suite 123
Naperville, IL 60563

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

May 12, 2017

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5-26-2017 |
|---|---|
| NAME OF SERVER (PRINT) Lynn M. Bagley | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): MacNeil Automotive Products Limited d/b/a Weather Tech Direct, LLC was served via R/A Robert Aument at 300 S. Wacker, Suite 2200 Chicago, IL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-26-2017  
*Signature of Server* Lynn M Bagley

1232 W. 103rd St. Chicago, IL 60643  
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.