# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN KUSINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 17-cv-3618 |
| | ) | |
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED | ) | |
| | ) | Hon. Charles P. Kocoras |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CLASS ACTION SETTLEMENT AGREEMENT

This Class Action Settlement Agreement (hereinafter, the "Settlement Agreement" or the "Agreement") is made and entered into this 11th day of May, 2018 by and between Plaintiff Martin Kusinski on behalf of himself and all other plaintiffs similarly situated, on the one hand, and Defendant MacNeil Automotive Products Limited ("Defendant"), on the other hand.

**WHEREAS,** The Fish Law Firm P.C. are "Class Counsel" representing the Settlement Class. Defendant is represented by Daspin & Aument, LLP.

**WHEREAS,** on May 12, 2017, Class Counsel filed this action in the United States District Court for the Northern District of Illinois against Defendant on behalf of Plaintiff and others similarly situated who were non-exempt employees who worked overtime and received bonuses and/or incentive payments that were not included in the regular rate for purposes of calculating overtime and whose names appear on Exhibit A. (the "Class Members"). The Complaint alleged, *inter alia*, violations of the Fair Labor Standards Act (FLSA), and the Illinois Minimum Wage Law (IMWL) based on Defendant's alleged failure to pay a proper overtime rate. Plaintiff alleged that because Defendant failed to properly include any bonuses and/or incentive payments in its calculation of the regular rate for overtime purposes, Plaintiff and others similarly situated were improperly paid and Defendant violated the FLSA and IMWL.

**WHEREAS**, in light of further investigation conducted to date, the time and expense associated with future discovery, and the challenges and risks associated with a trial of this matter, the Parties elected to engage in settlement discussions.

**WHEREAS**, it is the desire of the Parties to fully, finally, and forever settle, compromise, and discharge all disputes and claims on behalf of the Class Members regarding the miscalculation of the regular rate of pay under the FLSA and IMWL.

**WHEREAS**, it is the intention of the Parties that this Settlement Agreement shall constitute a full and complete settlement and release of claims against Defendant pursuant to the terms described herein.

**WHEREAS**, the Parties reached an equitable settlement after arm's-length negotiations. The Parties and their Attorneys believe that this Settlement Agreement provides a fair and reasonable resolution for the Parties.

**WHEREAS**, it is the intention of the Parties that this Agreement shall be binding on: (1) the Plaintiff and the Class he represents, including all members under the FLSA and IMWL; (2) Defendant and its present and former parent companies, subsidiaries, affiliated entities, shareholders, officers, directors, employees, agents, attorneys, insurers, successors and assigns, subject to the terms and conditions hereof and the approval of the Court.

**WHEREAS**, Defendant denies any liability or wrongdoing of any kind whatsoever associated with the claims alleged in Plaintiff's complaint. Specifically, Defendant denies that their pay practices failed to comply with the FLSA, the IMWL, or any other federal or state law.

**WHEREAS**, Defendant and its counsel also wish to avoid the expense, burden, diversion and risk of protracted litigation and wish to resolve this matter.

**WHEREAS**, Defendant represents and warrants that the payroll data and computations that they have made and which are relied upon for the computations in this Agreement are accurate and reflect all outstanding overtime allegedly owed.

**NOW, THEREFORE**, in consideration of the foregoing promises and the mutual promises hereinafter set forth, the Parties agree as follows:

## GENERAL TERMS

1. **SETTLEMENT FUND:**    In settlement of the Class Action Litigation, Defendant agrees to pay the Gross Settlement Amount of $550,000 (Five Hundred and Fifty Thousand Dollars) to fully resolve the Litigation and satisfy all amounts to be paid to Class Members, any Court-approved Service Award, the Settlement Administrator's fees and costs, and Plaintiffs' Counsel's attorneys' fees and costs. Defendant will not be required to pay more than this amount under the terms of this Agreement, including if there is an appeal or a delay in approval.  The Gross Settlement Amount will be paid into a Settlement Fund.

2. **CLASS MEMBERS; ALLOCATION**:    The amount paid to Class Members will be paid from the Settlement Fund.  The amount to be paid to each Class Member is reflected on Exhibit A and was jointly determined by the parties.    Each Class Member's proportionate share of the Settlement Fund was determined as follows:

    1) Each Class Member's total non-discretionary bonuses were calculated for each pay period worked during the 3-year statute of limitations period.

    2) The deficient rate of pay, *i.e* what each class member should have been paid in addition to their normal rate of pay, was determined by taking half of the sum obtained by dividing the total bonus per pay period by the total number of hours worked per period.

    3.) This deficient rate of pay is then multiplied by the number of overtime hours worked to determine the pre-interest and pre-liquidated damages "base" award for each class member.

    4.) Interest is then calculated for each Class Member at two percent per month pursuant to the IMWL for each pay period and added to the total award.

    5.) Collective Class Members are awarded an additional amount equal to their pre-interest totals to represent FLSA liquidated damages.

Each Class Member was then allocated a proportionate share of the Settlement Fund. After allowed costs and expenses are subtracted (i.e., administrator fees, attorney fees and costs, incentive award) the remaining amount represents the Net Settlement Fund. The anticipated amount to each member is described in Exhibit A which will be subject to an increase or decrease of allocations set or approved by the Court. If a Class Member opts out of the Class, he or she will not be entitled to payment and the amount will revert to Defendant. Uncashed checks will not revert to the Defendant but instead will be paid in the Class Member's name to the Unclaimed Property Division of the Illinois Treasurer.

3. **MAILING AND TAXATION:** The Settlement Checks will be mailed to Class Members by the Settlement Administrator within thirty (30) days of the Effective Date. For tax purposes, 50% of each payment to each Class Member pursuant shall be treated as owed wages and 50% of such payment shall be treated as liquidated damages. In the event that any taxing authority shall challenge this allocation, Defendant shall have no liability for payment of any tax obligation beyond what is described in this Agreement. Payments treated as owed wages shall be made net of all applicable employment taxes, including, without limitation, federal, state and local income tax withholding and the employee share of the FICA tax, and shall be reported as earned in the year of payment to the Internal Revenue Service ("IRS") and the payee under the payee's name and Social Security number on an IRS Form W-2. Payments treated as liquidated damages shall be made without withholding and shall be reported as earned in the year of payment to the IRS and the payee, to the extent required by law, under the payee's name and Social Security number on an IRS Form 1099. The Settlement Administrator shall be responsible for determining the appropriate number of exemptions to be used in calculating payroll tax and withholding, deciding the appropriate tax rate, issuing the Settlement Checks and Service Awards and issuing IRS Forms W-2 and Form 1099. Payments of attorneys' fees and costs shall be made without withholding, and be

reported to the IRS and to each payee under the payee's name and taxpayer identification number, which each such payee shall provide for this purpose, on an IRS Form 1099. Any Service Award shall be deemed non-wage compensation in its entirety.

4. **ATTORNEY FEES**: In their Approval Motion, Class Counsel shall ask the Court to approve payment of one-third (1/3) of the Gross Settlement Amount as an award of attorneys' fees. In addition, Class Counsel shall seek reimbursement of reasonable actual case-related costs and expenses from the Gross Settlement Amount, including but not limited to the filing fee, collective mailing costs, and deposition transcript costs. These amounts shall constitute full satisfaction of any claim for attorneys' fees or costs, and Plaintiffs agree that they shall not seek, nor be entitled to, any additional attorneys' fees or costs. Defendant shall not object or otherwise comment on Plaintiffs' Counsel's application for fees and costs. Plaintiff's Counsel reserves the right to appeal any order issued by the Court regarding an award of attorneys' fees and costs if the award falls below that requested. The payments from the Gross Settlement Amount to Plaintiffs' Counsel for any Court-approved attorneys' fees and costs will be sent to Plaintiffs' Counsel by the Settlement Administrator within fourteen (14) days of the Effective Date.

5. **SERVICE AWARD TO THE NAMED PLAINTIFF** In the Approval Motion, the Named Plaintiff will apply to the Court to receive $7,500.00 from the Gross Settlement Amount ("Service Award") for the services he rendered to the Class Members. Defendant will not oppose the named Plaintiff's request for a Service Award. The Court-approved Service Award, allocated from the Gross Settlement Amount, shall be mailed to the Named Plaintiff from the by the Settlement Administrator within fourteen (14) days of the Effective Date.

6. **SETTLEMENT ADMINISTRATOR'S DUTIES AND TIMELINE**

The parties have agreed to use Data Analytics as the Settlement Administrator. The Administrator shall be paid $12, 911.00 for their services out of the Gross Settlement Amount plus or minus any required adjustments from their estimated fee schedule.

a. **Duties of the Settlement Administrator**. The Settlement Administrator will be responsible for establishing a Qualified Settlement Fund account; preparing and mailing the Settlement Notices to Class Members; preparing and mailing settlement checks; distributing approved service awards and attorneys' fees and expenses; calculating and paying all appropriate taxes and complying with all applicable tax reporting obligations, including preparing and filing all applicable tax forms; retaining and providing a copy of the settlement shecks signed by the class members to Defendant's Counsel; and preparing a report describing all duties performed and claims administration statistics

   i. The Qualified Settlement Fund" or "QSF" shall mean the account established by the Settlement Administrator under Section 468B of the Internal Revenue Code and Treas. Reg. § 1.468B-1, 26 C.F.R. § 1.468B-1, et seq. into which Defendant will pay the Gross Settlement Amount. The QSF will be controlled by the Settlement Administrator subject to the terms of this Agreement and the Court's Approval Order.

b. **Equal Access:** The Parties will have equal access to the Settlement Administrator and all information related to the administration of the Settlement. The Settlement Administrator shall provide such information to counsel for either Party upon request. The Settlement Administrator will provide regular reports to counsel for the Parties regarding the status of the mailing of the notices to Class Members, the claims administration process, and distribution of the settlement checks.

c. **Cooperation:** Defendant agrees to cooperate with the Settlement Administrator, provide accurate information, to the extent reasonably available, necessary to calculate the settlement checks, and assist the Settlement Administrator in

locating Eligible Settlement Class Members and providing their tax reporting information.

Plaintiffs' Counsel and Defendant's Counsel have the right to make inquiries and receive any information from the Settlement Administrator related to the claims administration process. The Settlement Administrator will periodically update Plaintiffs' Counsel and Defendant's Counsel regarding returned mailings for which it is unable to obtain corrected addresses.

The Settlement Administrator shall on a weekly basis compile and transmit to Defendant's Counsel and Plaintiffs' Counsel statistics on the number of individuals who have signed and cashed Settlement Checks. At the end of the Acceptance Period, the Settlement Administrator shall provide copies of signed and cashed checks to Plaintiffs' Counsel and Defendant's Counsel. Defendant shall file with the Court a summary list of the Participating Settlement Class Members.

d. **Timeline:**
    i. Within 3 days of preliminary approval, Defendant shall deposit the Gross Settlement Amount with the Settlement Administrator.
    ii. Within 14 days after preliminary approval, Defendant shall give the Settlement Administrator and Plaintiffs' Counsel a list, in Microsoft Excel format, of the names, last known addresses, last known telephone numbers, social security numbers, and locations worked for each Class Member ("Class List").
    iii. Within seven (7) days after the Effective Date, the Parties shall give the Settlement Administrator a list with the individual settlement allocation amounts for each Class Member.
    iv. Within fourteen (14) days of Effective Date, the Settlement Administrator shall determine the employer payroll taxes ("Employer Payroll Taxes" means Defendant's share of all taxes an employer is required to pay

-7-

arising out of or based upon the payment of wage compensation to Class Members as part of this Settlement, including FICA, FUTA, and SUTA obligations) for the Settlement Checks to Class Members, and shall communicate such amount to Defendant with an explanation of the calculations. In the event of any dispute as to the calculation of employer's share of payroll taxes, the Parties and Settlement Administrator shall meet and confer in good faith in an attempt to resolve the dispute. If the dispute cannot be resolved, it shall be submitted to the Court for a final determination. Within fourteen (14) calendar days of the date the Settlement Administrator notifies Defendant of the amount of the Employer Payroll Taxes, or within fourteen (14) calendar days after any dispute related to the amount is finally resolved, Defendant shall make an additional payment to the Settlement Account for payroll taxes as may be necessary. The Settlement Administrator shall thereafter remit and report the applicable portions of the payroll tax payment to the appropriate taxing authorities on a timely basis pursuant to its duties and undertakings. Defendant agrees to reasonably cooperate with the Settlement Administrator to the extent necessary to determine the amount of the payroll tax payment required under this Agreement.

v. Settlement notices and settlement checks will be mailed, via First Class United States mail, postage prepaid, to Eligible Settlement Class Members by the Settlement Administrator no later than thirty (30) days after the Effective Date. The settlement checks will be set up so that they expire 180 days after issuance.

vi. Settlement Checks issued pursuant to this Agreement shall expire 180 days after they are mailed. After this Acceptance Period expires, the Settlement Administrator will issue a stop payment order on all uncashed or returned checks. In the event an Eligible Settlement Class Member reports a lost or destroyed Settlement Check within the Acceptance Period, the Settlement Administrator shall issue a stop payment order on the original check and issue a new check. In no event shall an Eligible

Settlement Class Member be issued a replacement check until any prior check sent to them has been cancelled and only one replacement check will be issued to any Eligible Settlement Class Member, unless the parties mutually agree to send additional replacement check(s)

vii. If any settlement check is not cashed within 180 days after mailing, the Administrator will send replacement checks to the Illinois Treasurer, Unclaimed Property Division so that the payments are held by the Illinois Treasurer in the name of the individual Class Member. The Administrator shall do this no later than 200 days after final approval of the Settlement Agreement.

## 7. <u>SETTLEMENT APPROVAL PROCEDURE</u>

This Agreement will become final and effective only upon the occurrence of all of the following events: (a) the Agreement is executed by the Plaintiff and Defendant; (b) the Court preliminarily approves the material terms of the Settlement as set forth in this Agreement and enters, without material change, the proposed Order of Preliminary Approval attached as Exhibit C; (c) the Class Notices are sent to the Class Members; (d) Class Members are afforded the opportunity to exclude themselves from the Settlement by submission of a Request for Exclusion or to file written objections; and (e) the Court holds the Fairness Hearing, approves the Settlement, and enters Final Judgment, dismissing this case with prejudice. (the "Effective Date")

## 8. <u>DUTIES OF THE PARTIES PRIOR TO PRELIMINARY APPROVAL</u>

As soon as is practicable and without undue delay, the Parties shall submit this Settlement Agreement to the Court, seeking preliminary approval of the Settlement Agreement. Promptly upon execution of this Settlement Agreement by all Parties, the Parties shall apply to the Court for the entry of an order substantially in the following form:

a. Preliminarily approving the Settlement Agreement, subject only to the objections of Class Members, modification of the Settlement Agreement if agreed to by both parties, and final review by the Court;

b.   Approving as to form and content the Class Notices;

c.   Directing the mailing of the Class Notices by first class mail to Class Members and by the Defendant posting of notice at Defendant's workplace in a prominent location within eye sight of each location where Class Members punch in;

d.   Scheduling a final hearing on the question of whether the proposed settlement should be finally approved as fair and reasonable;

e.   Enjoining Class Members from filing or prosecuting any claims, suits or administrative proceedings regarding claims released by the Settlement;

f.   Class Counsel will prepare and file the motion for preliminary approval. The Parties will cooperate and endeavor to file the motion as unopposed. Defendant will not oppose the motion except to the extent it does not comport with this Agreement.

g.   The parties shall cooperate to effectuate the intent of this Agreement.

h.   Retain an administrator.

**9.   <u>NOTICES PROCEDURE</u>**

No later than fourteen (14) calendar days following the date the Court Preliminary Approves this Agreement, the Administrator shall send to each former employee Class Member (i.e., those who no longer work for the Defendant) the Class Notice via first class U.S. mail postage prepaid to each Class Member's last known physical address, as reflected in Defendant's records. Defendant shall provide this information to Class Counsel within 14 days of the execution of this Agreement. Defendant will also post notice in a prominent location within eye sight of each location where Class Members punch in.

For settlement purposes only, the Parties have assumed that the hours worked by each Class Member are records that Defendant accurately maintained and that Defendant's calculations (as approved by Class Counsel), accurately reflect the amounts owed to each Class Member based on Defendant's data, under the terms of the Settlement Agreement. Prior to final approval, if it turns out that the payroll records were not accurate, or that a Class Member was underpaid, the Defendant shall make an adjustment to pay that Class Member the amount in the future.

Only Class Members may object to the Settlement Agreement. To object to the Agreement, such person must send a written objection to Class Counsel, with copies to Defendant's counsel, no later than the Claim Deadline. The objection must set forth, in clear and concise terms, the legal and factual arguments supporting the objection.

For a Class Member to exclude himself or herself from the Settlement, he or she must write and submit a Request for Exclusion in the form of a letter that states: "I request to be excluded from the settlement in *Kusinski v. MacNeil Automotive Products Limited* (Case No. 17-cv-3618) (U.S. District Court for the Northern District of Illinois)." The Class member seeking exclusion must also include his or her full name, address, and telephone number, and he or she must personally sign the letter. All Requests for Exclusion must be submitted by the Opt-Out Deadline established by the Court. The date of submission is deemed to be the earlier of: (a) the date the form is deposited in the U.S. Mail, postage pre-paid, as evidenced by the postmark; or (b) the date the form is received by Class Counsel. Any Class Member excluded shall not: (i) be bound by any orders or judgments entered in this Class Action Litigation; (ii) be entitled to benefits or relief under this Settlement Agreement; (iii) gain any rights by virtue of this Settlement Agreement; or (iv) be entitled to object to the Settlement or appeal from any order of the Court. Upon receipt of a Request for Exclusion, Class Counsel shall promptly notify and send a copy of the Request for Exclusion to counsel for Defendant. If a fully completed and properly executed Request for Exclusion is not timely received by Class Counsel, then such person will be deemed to have forever waived his or her right to opt out of the Settlement Class.

No later than seven (7) calendar days in advance of the Final Approval Hearing, or by such other date as the Court may direct: (1) Class Counsel shall file and serve a motion for final approval of the Settlement; and (2) the Parties shall file a proposed order granting final approval of the Settlement, along with a proposed judgment that conforms with Fed. R. Civ. P. 58 that is in substantially the form of Exhibit D.

## 10. RELEASE BY THE SETTLEMENT CLASS

Upon Final Approval, all Class Members who do not timely return a Request for Exclusion, on behalf of themselves and each of their heirs, representatives, successors, assigns, and attorneys, shall be deemed to release and forever discharge all claims specifically raised in

the litigation for the payment of overtime under the FLSA and IMWL during the Class Period that relate to the failure to include all bonuses of any kind, all commissions of any kind, and/or incentive payments of any kind that should or could have been included in the regular rate for overtime calculation purposes towards the regular rate of pay ("Released Wage Claims"). Class Members may hereafter discover facts in addition to or different from those they now know or believe to be true with respect to the subject matter of the Released Wage Claims. However, on Final Approval (and to the extent provided for in this paragraph), Class Members shall be deemed to have, and by operation of the Final Judgment fully, finally, and forever settled and released any and all of the Released Wage Claims, whether known or unknown, suspected or unsuspected, contingent or non-contingent, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent, intentional, willful, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts which are released by this Agreement.

The releases herein do not release any rights relating to the enforcement of this Agreement.

## 11. NO ADMISSION OF LIABILITY

This Agreement shall not in any way be construed as an admission by Defendant that it has acted wrongfully with respect to Plaintiff or Class Members collectively or individually or to any other person, or that those individuals have any rights whatsoever against Defendant, and Defendant specifically disclaim any liability to or wrongful acts against the Plaintiff and Class Members or any other person, on the part of Defendant, and their respective predecessors, successors and assigns, current and former direct and indirect parents, affiliates, subsidiaries, divisions, and related business entities, and its and their current and former officers, directors, shareholders, employees, agents, and representatives. This Agreement shall not serve or be construed as evidence that any party has prevailed or that Defendant or the Released Parties have engaged in any wrongdoing.

This Agreement is a settlement document and shall be inadmissible in evidence in any proceeding, except an action or proceeding to approve, interpret, or enforce its terms.

## 12.     DUTIES OF THE PARTIES RELATED TO FINAL COURT APPROVAL

No later than seven (7) calendar days prior to the date of the Final Approval Hearing, or by such other date as the Court may direct, the Parties shall submit a proposed Final Judgment:

a. Approving the Settlement, adjudging the terms thereof to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

b. Approving the Settlement Payments;

c. Approving Class Counsel's application for an award of reasonable attorneys' fees and costs;

d. Dismissing this Lawsuit with prejudice and permanently barring and enjoining all Settlement Class Members from filing or prosecuting against Released Parties, any individual or class or collective claims released herein pursuant to this Agreement, upon satisfaction of all payments and obligations hereunder.

e. Class Counsel will prepare and file the motion for final approval. The Parties will cooperate and endeavor to file the motion as unopposed. Defendant will not oppose the motion, except to the extent it does not comport with this Agreement. The final approval order will be substantially in the form of Exhibit D.

## 13.     PARTIES' AUTHORITY: The signatories hereto hereby represent that they are fully authorized to enter into this Settlement and bind the Parties hereto to its terms and conditions.

## 14.     MUTUAL FULL COOPERATION: The Parties agree to fully cooperate with each other to accomplish the terms of this Settlement, including but not limited to, execution of such documents and taking such other action as reasonably may be necessary to implement the terms of this Settlement. The Parties to this Settlement shall use their best efforts, including all efforts contemplated by this Settlement and any other efforts that may become necessary by order of the Court, or otherwise, to effectuate this Settlement and the terms set forth herein. As soon as practicable after execution of this Settlement, Class Counsel shall, with the assistance and

cooperation of Defendant and its counsel, take all necessary steps to secure the Court's final approval of this Settlement.

Should the Court not approve the Agreement, or should the Court not approve and enter the Preliminary Approval Order (or in a form without any changes by the Court that either of the Parties deems material), the terms of this Agreement will be null and void, the Parties will retain all rights and defenses in the Litigation, and all negotiations and information and materials pertaining in any way to this Agreement or the settlement of the Litigation will be inadmissible. In such an event, the Parties agree in good faith to negotiate about appropriate revisions and re-submit for the Court's approval. In the event this settlement is never approved by the Court, the Parties will retain all rights and defenses in the Litigation, and all negotiations and information and materials pertaining in any way to this Litigation or the settlement of the Litigation will be inadmissible.

**15.    FAIR, ADEQUATE, AND REASONABLE SETTLEMENT:** The Parties agree that the Settlement Agreement is fair, adequate, and reasonable, and will so represent to the Court.

**16.    VOIDING THE AGREEMENT:** If this Settlement Agreement is not ultimately approved by the Court in its entirety, the Settlement shall be deemed null and void, of no force and effect, of no probative value, and the Parties hereto represent, warrant, and covenant that it will not be used or referred to for any impermissible purpose.

**17.    ENFORCEMENT ACTIONS:** Only in the event of non-payment, Class Counsel shall be entitled to all reasonable attorney fees and costs in any action to enforce this Agreement. Before any enforcement action is taken by Class Counsel or any Class member, they shall contact counsel for Defendant, Timothy Schaum at (312) 258-1600 or by email at tschaum@daspinaument.com and explain in detail the reason they believe enforcement is necessary and allow the Defendant 14 days to cure any alleged deficiency.

**18.    CONSTRUCTION:** The Parties agree that the terms and conditions of this Settlement are the result of, intensive arms-length negotiations between the Parties, and that the Settlement

shall not be construed in favor of or against any Party by reason of the extent to which any Party or his/her or its counsel participated in the drafting of this Settlement.

**19.    CAPTIONS AND INTERPRETATIONS:** Paragraph titles or captions contained in this Settlement are inserted as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Settlement or any of its provisions.

**20.    MODIFICATION:** This Settlement Agreement may not be changed, altered, or modified, except in writing and signed by the Parties and approved by the Court.   This Agreement may not be discharged except by performance in accordance with its terms or by a writing signed by the Parties and approved by the Court.

**21.    INTEGRATION CLAUSE:** This Settlement Agreement contains the entire agreement between the Parties relating to the settlement of the Litigation, and all prior or contemporaneous agreements, understandings, representations, and statements, whether oral or written and whether by a Party or such Party's legal counsel, are merged in this Settlement.  No rights under this Settlement may be waived except in writing.

**22.    BINDING ON ASSIGNS:** This Settlement Agreement shall be binding upon and inure to the benefit of the Parties and their respective heirs, trustees, executors, administrators, successors, assigns, guardians, conservators, and court-appointed representatives.

**23.    COUNTERPARTS:** This Settlement Agreement may be executed in counterparts, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original, and, when taken together with other signed counterparts, shall constitute one Settlement Agreement.  A copy, facsimile or digital image of this executed Agreement or a counterpart shall be binding and admissible as an original.

**24.    APPLICABLE LAW:** This Settlement Agreement shall be governed by and construed in accordance with Illinois law.

**PLAINTIFF**

_____

Martin Kusinski, individually and on behalf of all persons similarly situated.

**FOR DEFENDANT:**

_____

MacNeil Automotive Products Limited

**PLAINTIFF**

Martin Kusinski

Martin Kusinski, individually and on behalf of all persons similarly situated.


**FOR DEFENDANT:**

MacNeil Automotive Products Limited


-16-

**Exhibit A**

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| THIBEAU, AUDREY | 0 | $122.70 | HOWARD, VICTOR D | 1 | $71.90 | WOLNIK, PAUL J | 0 | $29.60 |
| LOPEZ PEREZ, ENRIQUE | 0 | $343.73 | ROGERS, SHAQUANEICE R | 0 | $19.05 | NIETO, SERGIO | 0 | $133.84 |
| LOPEZ SANCHEZ, IVAN D | 0 | $0.00 | NORRIS JR, LEEARTIS | 0 | $144.57 | NIETO, MARIO | 0 | $427.43 |
| ADAN LOPEZ, LUZ E | 0 | $322.17 | PERKINS, JEREMY F | 0 | $74.91 | TERRAZAS, SERGIO M | 0 | $41.71 |
| VASQUEZ, EMMANUEL U | 0 | $79.91 | BAHENA, JAVIER | 0 | $112.77 | FERNANDEZ, ANDRES | 0 | $263.42 |
| RODRIGUEZ MANCILLAS, ERNESTO | 0 | $888.23 | SIMMONS, TIMOTHY | 0 | $0.00 | STELLA, MICHAEL C | 1 | $386.50 |
| THANG, KHUA | 0 | $5.85 | RUBIO, CESAR | 0 | $1,087.55 | BERRY, KANDY A | 0 | $67.50 |
| ZARATE MAYREN, TANIA L | 1 | $55.72 | BRENNAN, CHRISTOPHER | 0 | $262.54 | THOMAS, LUKE | 0 | $952.72 |
| SAN DONG, DUDU | 0 | $56.34 | LEMS, GARRETT J | 0 | $1.20 | SELLERS, CHRISTINA M | 0 | $0.00 |
| MEZA TAMAYO, JORGE E | 0 | $158.13 | MCMILLAN, KYLE F | 0 | $0.00 | STAPLES, DARRELL A | 1 | $56.24 |
| OSEI-TUTU, KWAKU PANIN | 0 | $522.30 | IVY, DANIEL A | 0 | $0.00 | CLAYTON, CONNER | 0 | $149.49 |
| SEKPON, AMOUR D | 0 | $5.01 | MENDOZA, ORQUIDEA I | 0 | $185.80 | TAYLOR, JAMES P | 1 | $112.23 |
| JIMENEZ VALENTIN, MANUEL A | 0 | $119.29 | CARRENO, DANIEL | 1 | $290.03 | BERNARDI, RYAN M | 1 | $3.36 |
| ESTRADA, FLORENCE S | 0 | $107.82 | GODINA, GUSTAVO A | 0 | $70.18 | SAYRE, JEFFREY D | 0 | $79.56 |
| MANZANO-CAMARILLO, JOSE | 0 | $540.93 | ACEVEDO DOMINGUEZ, PATRICIA E | 0 | $23.72 | SLATTERY, SARAH M | 0 | $333.14 |
| RELENTE JR, DOMINADOR D | 0 | $110.56 | MOTA, MA DEL S | 0 | $149.63 | KRAMER, DAVID D | 0 | $32.47 |
| CASEY, CURTIS | 0 | $313.94 | KESSE, ABIGAIL A | 0 | $771.12 | BODY, ANDREA | 0 | $0.00 |
| VEGA-AVILA, PATRICIA | 0 | $251.45 | CRAMER, MARK E | 0 | $7.79 | KERNS, PATRICE N | 0 | $2.52 |
| NAVA GONZALEZ, EDGAR F | 0 | $66.07 | RUIZ, BLANCA | 0 | $296.07 | STOCKSTILL, RYAN J | 0 | $78.26 |
| HEISLER, WILLIAM | 0 | $1,590.31 | HOVIS JR., CHARLES F | 0 | $0.00 | MARTINEZ, AARON | 0 | $367.90 |
| STEWART, MARKEL N | 1 | $0.00 | TURNBULL, JAMES | 0 | $57.73 | REED, MICHAEL S | 0 | $177.91 |
| ORTIZ VILLARREAL, DAHENA C | 0 | $63.40 | KOZAR, MARTIN A | 1 | $242.59 | BARAN, ALEKSANDRA A | 0 | $27.94 |
| HERNANDEZ MARTINEZ, YESICA | 0 | $461.49 | GOMEZ DE LA CASA, ANTHONY R | 0 | $328.89 | WILLIAMS, JASMELIQUE M | 0 | $84.69 |
| BADU, COLLINS | 0 | $180.52 | WARFIELD, RACHAED M | 1 | $209.64 | ACOSTA, JAZMIN | 1 | $219.21 |
| VELAZQUEZ MAHUIZTL, PEDRO | 0 | $115.29 | LANE, MONRIS F | 0 | $0.63 | PLETICHA, MATTHEW C | 0 | $0.54 |
| MANIYA, JALDEEP P | 0 | $104.06 | BRANSON JR, MARVIN G | 1 | $136.55 | ARROYO, MICHAEL | 1 | $249.84 |
| ALVAREZ HERNANDEZ, BRENDA | 0 | $9.28 | HENRY, TORRENCE C | 1 | $168.42 | GARCIA, FRANCISCO | 0 | $681.85 |
| MOORE, DARRELLE D | 0 | $80.67 | NUNEZ, HORACIO | 0 | $239.67 | DANSO, EMMANUEL | 0 | $777.97 |
| MOON, SAHAR | 0 | $99.19 | HOLMES-WILLIAMS, CHRISTOPHER A | 0 | $147.29 | BOULDIN, ANDRE K | 0 | $85.21 |
| HERNANDEZ MARTINEZ, CITLALI E | 0 | $123.61 | FELDER, MICHAEL | 0 | $76.09 | FRAZIER, PAMELA | 0 | $38.46 |
| DURAN HERNANDEZ, JULIO | 0 | $172.94 | ZARAGOZA, GINA | 0 | $348.62 | COCHRANE, CATHERINE A | 0 | $5.62 |
| ALVAREZ SANCHEZ, ITZAYANA | 0 | $48.89 | ROGERS, JUSTIN C | 0 | $26.58 | HILL, KELVIN | 1 | $794.43 |
| RAHMA, ISMAIL Y | 0 | $53.55 | MELERO DE NEVAREZ, BEATRIZ | 0 | $159.31 | MOORE, KEVIN | 1 | $58.19 |
| VERA NAJERA, DANIELA | 0 | $3,004.29 | SMITH, JEREMY J | 1 | $1,112.23 | MORENO, FELIX R | 0 | $179.46 |
| GUILLEN ALQUICIRA, GILBERTO J | 0 | $71.68 | GARCIA, VERONICA N | 0 | $469.23 | BRYANT JR, JAMES E | 1 | $33.30 |
| UK, PHUN T | 0 | $67.32 | MCCAULEY JR, JAMES | 0 | $126.26 | HOWARD, QUINCY J | 0 | $0.26 |
| CARPENTER, CINDY | 1 | $3,884.16 | ROBLES, RICHARD | 0 | $20.00 | LA, MINH | 0 | $0.00 |
| GARCIA ANCHONDO, AMELIA | 0 | $36.51 | GUZMAN, ALEJANDRO | 0 | $9.22 | PEREZ, MANUEL | 0 | $209.94 |
| CONTRERAS LULE, MARIA | 1 | $344.71 | PFEIFFER, ANDREW J | 0 | $40.02 | MATHIS, CORY | 0 | $67.52 |
| BAGNEKI KINGUE, GUY HENRI D | 0 | $252.71 | TRULL, MARTIN L | 0 | $15.57 | ALVARADO, DANNIEL | 0 | $2,309.06 |
| ROLON, MAURICIO | 0 | $147.75 | THOMPSON, KAITLYN | 0 | $26.34 | CORTEZ-HILL, EMMA M | 0 | $52.65 |
| THANG, SAN UK | 0 | $50.90 | MURO, JUAN C | 0 | $0.00 | GRIFFIN JR, REGINALD A | 0 | $0.00 |
| VERNON, JEREMY R | 0 | $0.00 | USELDING, THOMAS M | 1 | $213.55 | SOLIS, JUAN M | 0 | $63.98 |
| ROMERO BARBOSA, RAUL | 0 | $152.29 | MARTINEZ, SAMUEL | 0 | $121.90 | SALGADO, ROSENDO | 0 | $216.63 |
| GUILLEN ALQUICIRA, SERAFIN | 0 | $77.88 | FALLAD, CECILIA | 1 | $292.66 | MARTINEZ, DANIEL | 0 | $292.13 |
| ARIZA JUAREZ, OSCAR | 0 | $67.93 | HERNANDEZ, JONATHAN | 0 | $1.03 | VEGA, ANDREW G | 0 | $43.58 |
| PIZANO, MARCO A | 0 | $64.32 | RUIZ OROZCO, FRANCISCO | 0 | $587.21 | POE, JACOB J | 0 | $73.74 |
| PEDRO, OSCAR V | 0 | $93.42 | ORTIZ PIZANO, MIGUEL A | 0 | $1.03 | WELLS, DENISE | 0 | $61.81 |
| GWIN, KATERINA | 0 | $733.93 | MENDEZ, JOSE F | 0 | $81.14 | CARAWAY, ADAM E | 1 | $217.28 |
| KWAKYE, ESINENG | 0 | $81.83 | PIZARRO, MAYRA A | 0 | $6.35 | CISNEROS, JAVIER | 0 | $505.52 |
| KHAN, HAFEEZUDDIN | 0 | $92.22 | KUKU, MONIKA | 0 | $775.41 | SALINAS, SAMARIA | 0 | $76.43 |
| UHOR, MICHAEL A | 0 | $395.84 | SAWICKI, TAMRA L | 0 | $2,819.88 | SEERS, STEVEN R | 0 | $1,071.79 |
| BETHEA, ELISHEVA H | 0 | $5.53 | MARTINEZ, ROBERT | 0 | $484.56 | VAZQUEZ, DANIEL | 0 | $27.17 |
| RILEY, JAMES C | 0 | $56.30 | WINTERLE III, ALBERT | 0 | $91.12 | VASQUEZ, JOSE G | 0 | $819.68 |
| POWELL, COREY L | 0 | $48.64 | DIXON, TYRONE D | 0 | $325.86 | VORLICKY, ROBERT J | 0 | $0.00 |
| ATTIA, RAGAB M | 0 | $33.02 | BROADWAY IV, HORNER K | 0 | $34.17 | KELLEY, DYNASTY R | 1 | $0.00 |
| ROBINSON, KIEREN | 0 | $38.60 | LEECH, DANIEL J | 0 | $91.36 | WEBB, JOSEPH M | 0 | $152.64 |
| MCCLELLAND, MARSHELIA C | 1 | $0.00 | MORRIS, DEMETRIUS L | 1 | $248.73 | WILSON, ROLAND K | 0 | $0.00 |
| TAYLOR, ENSHANTE N | 1 | $0.00 | HEANEY, GINA | 0 | $789.44 | WILLIAMS, ANDRE L | 0 | $3.48 |
| MEDLOCK, JAMEY A | 0 | $9.97 | MOHR, SHARESSE | 1 | $527.65 | ROSALES, GILBERTO | 1 | $251.83 |
| JONES II, WILLIAM M | 0 | $303.31 | DAVIS, ADAM D | 0 | $0.00 | HOLLON, JOB M | 0 | $132.13 |
| JACKSON, TERENCE D | 1 | $27.43 | SCHERMAN, SCOTT A | 0 | $219.56 | GILLISON, PAULA | 1 | $504.08 |
| GUTIERREZ, DIGNA | 0 | $22.15 | MOORE, LEROY | 0 | $156.21 | FLAKE, ZACHARY | 0 | $344.96 |
| MOLINARI, LUCA | 0 | $204.49 | POPE, JEREMY | 0 | $324.21 | ROLAND JR., OLIVER C | 0 | $181.30 |
| SARABIA IBARRA, ALEXIS M | 0 | $103.35 | BELL, DAVID J | 1 | $143.28 | PAYTON, CRAIG B | 0 | $65.92 |
| WESTON, JASON | 1 | $215.88 | ORTIZ, MIGUEL | 0 | $1.22 | OWENS, EDWINA | 0 | $0.85 |
| VARGAS PORTILLO, MARIA E | 0 | $100.83 | SCHAEFER, MARC | 0 | $171.85 | GLAISTER, NICHOLAS | 0 | $537.90 |
| SANCHEZ, ANA | 0 | $63.86 | HADLEY, ASHLEY S | 0 | $71.49 | RAMIREZ, LETICIA | 0 | $85.80 |
| CRAWFORD, JAMES | 0 | $4.13 | DARAY JR, THOMAS B | 0 | $18.91 | BULLOCK, CARRIE G | 0 | $53.50 |
| CEDILLO GARCIA, ALFREDO | 1 | $244.54 | GALMORE, DEMISHA T | 1 | $110.21 | DOMINGUEZ, JACQUELINA M | 0 | $0.15 |
| LEON ACOSTA, LUIS | 0 | $64.27 | MERENDORF, WALTER H | 0 | $102.96 | GAMBOA, DANIEL | 0 | $21.72 |
| PURNELL, DUNCAN | 0 | $0.00 | VANCE, SHAMEANA A | 1 | $40.18 | LUCENTE, RANDY M | 0 | $0.00 |
| CORNEJO GAETA, FORTINO | 0 | $608.16 | GAYTAN, MARIA | 1 | $1,519.03 | CATCHINGS, SEAN | 0 | $255.69 |
| COTILLIER, IESHA L | 1 | $113.06 | QUEZADA, CYNTHIA Q | 0 | $349.11 | GUARDADO, IVAN | 0 | $58.76 |
| ZOM, CIN L | 0 | $93.23 | GONZALEZ ISLAS, ALFREDO | 0 | $370.35 | MARTINEZ, MARIA | 0 | $74.33 |
| BATTLE, BRANDON B | 0 | $15.54 | DIAZ-MURILLO, BEATRIZ | 0 | $325.55 | HEARD, CARLOS M | 0 | $57.57 |
| LUCKA, SHEILA A | 1 | $663.84 | TOLAN, BRIA L | 1 | $72.71 | BUTLER JR, ALVIN L | 0 | $151.90 |
| CRISLER, MICHAELA A | 0 | $0.00 | GARCIA, CESAR E | 0 | $197.83 | SAUCEDO, CLAUDIA | 0 | $91.95 |

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| DOMINGUEZ FUENTES, LUIS I | 0 | $219.87 | GUGORA, MATTHEW T | 0 | $50.46 | MARTINEZ, YONI | 0 | $151.14 |
| THANG, UK H | 0 | $59.75 | SANCHEZ, YOLANDA | 1 | $461.54 | SMITH, LAYSHAYALE N | 1 | $8.87 |
| CANTRELL, DENNIS L | 0 | $61.14 | GOLEC, ALICJA | 0 | $728.37 | MISCH, REBECCA A | 0 | $97.04 |
| BONSOL, JOHN ERICKSON M. | 0 | $0.00 | LEACH, BRIAN K | 0 | $0.00 | CUNANAN, BERNARD G | 0 | $133.57 |
| PEARSON, IVAN | 0 | $218.77 | JANSEN, STEVEN P | 0 | $180.78 | RUIZ, ALONDRA | 0 | $0.00 |
| TURNER II, MORRIS | 1 | $95.33 | ALMANZA, LORENA | 0 | $511.18 | SEYMORE, ILIA M | 0 | $84.85 |
| VANN, WILLIE C | 1 | $65.15 | COLEMAN, TARNISHA S | 0 | $0.72 | JACKSON, MICHAEL J | 0 | $91.63 |
| SANCHEZ, ELIZABETH M | 0 | $0.00 | CONE, SHANDRA C | 1 | $116.97 | CHATMAN, ELVIS D | 0 | $0.99 |
| ACOSTA, DAVID | 1 | $166.85 | TERRAZAS, RUBEN | 0 | $53.63 | MARTIN, CORY | 1 | $891.45 |
| MERSCH, MICHAEL | 0 | $65.31 | BONILLA, ROBERTO | 1 | $147.84 | JIMENEZ, SHEILA | 0 | $0.00 |
| PABRIAGA, SARAH | 0 | $1,256.50 | WYATT, JASON P | 0 | $69.06 | WOODS, CANDACE C | 0 | $471.97 |
| GILBERT, SCOTT | 0 | $433.58 | HERNANDEZ, NOEMI | 0 | $213.64 | LIMON, GEORGE | 0 | $156.27 |
| SCHLUETER, KATHY L | 1 | $36.99 | VIRELLA, JOSHUA M | 1 | $96.16 | REYES MARQUINA, ERIBERTO | 0 | $71.30 |
| KNIGHT, ERICA N | 0 | $122.21 | PENTON, MICHELLE P | 0 | $1,081.80 | HURTADO, DAISY | 0 | $1,637.28 |
| MAJEWSKI, CHRISTINA M | 0 | $275.36 | FLORES, MICHAEL J | 0 | $85.02 | MERAZ CABRALES, JORGE | 0 | $81.95 |
| GAROFALO, NATALE | 0 | $1,227.08 | BENYOUSSEF, MICHAEL M | 1 | $51.68 | HAMLIN, JULIUS K | 1 | $269.56 |
| HORN, ANDREW | 0 | $283.84 | HILLIARD, MALCOLM X | 0 | $45.78 | TAURISANO, JANET | 0 | $618.33 |
| SOLANO, ADALBERTO D | 0 | $0.00 | WILLIS, JAUKIA L | 1 | $159.25 | MARTINEZ, GABRIELA I | 0 | $0.00 |
| UGARTE JR, ISRAEL | 0 | $512.28 | HERNANDEZ, FELIX | 0 | $225.51 | BRADY, CHRISTOPHER J | 0 | $589.12 |
| MARTINEZ, JULIAN | 1 | $1,529.19 | DELGADO, MARIA | 1 | $432.18 | SALGADO, FERNANDO | 0 | $234.28 |
| LITTLE, DARNELL | 1 | $119.23 | ROMERO, ALEJANDRO | 0 | $53.71 | CHLUMECKY, RYAN M | 0 | $82.31 |
| SORIANO, NICHOLAS A | 0 | $299.23 | KUBI, NANA | 0 | $512.51 | GONZALEZ, ISELA | 0 | $91.97 |
| SOTO, ALEJANDRO | 0 | $481.62 | REYES CHACON, MARIA | 1 | $366.41 | STINSON, DARRYL | 0 | $58.52 |
| SMITH, DARSHY C | 0 | $64.60 | DAHUM, DAVID | 0 | $73.89 | PEQUENO, SUSY A | 1 | $487.92 |
| PRICE, MICHAEL | 1 | $830.01 | SOTO RUIZ, HOMERO | 0 | $722.96 | PRICE, ERNEST L | 1 | $2.04 |
| SCHUMACHER, MATTHEW N | 0 | $0.00 | GIBSON SR, GREGORY E | 0 | $69.14 | LOY, CHRISTOPHER | 0 | $0.00 |
| KLIMOVICH, AMY L | 0 | $42.81 | BROOKS, DARNELL F | 0 | $11.05 | SHELBY, KIEYAL R | 1 | $58.66 |
| MUHAMMAD, JACOBY Z | 0 | $115.47 | WHITE, CEDRIC D | 0 | $57.04 | SEARS, RITA D | 1 | $73.84 |
| FEARENCE, DARNELL | 0 | $27.56 | JOYCE, ALEXIY | 0 | $219.35 | RICE, JULIE | 0 | $28.71 |
| SPEARS, SAMMY D | 1 | $1.08 | RIVERA, RICKY RAY | 0 | $160.61 | WASHINGTON, AKI F | 0 | $74.77 |
| MOORE, ANTHONY M | 0 | $514.85 | GOFFINET, KENNETH A | 1 | $300.72 | YOUNGER, BRITTANY B | 0 | $135.77 |
| JIMENEZ MARQUEZ, HAMLET | 0 | $58.86 | FISHER, JIMMIE B | 0 | $133.24 | BROWN, KRISTEN S | 0 | $56.85 |
| CAIN, QUIANA L | 1 | $177.01 | MADRIAGA, BRIAN C | 0 | $54.84 | BEASLEY, MATHEW S | 0 | $14.90 |
| SHORT, PAMPERO | 0 | $726.26 | CASTRO, DAVID A | 0 | $5.86 | PAPIEZ, ANGELICA M | 0 | $12.91 |
| RICE, DANIEL P | 0 | $6,164.34 | MILLER, KEYASHAUNA D | 0 | $0.00 | GONZALEZ, ALEJANDRO | 0 | $279.62 |
| FALLON, ORLANDO | 0 | $286.97 | DAVIS, SHEILA M | 0 | $78.19 | KOCIELKO, CHRISTOPHER A | 0 | $56.77 |
| MURPHY, BRIAN E | 0 | $23.06 | MEIKE, DANIEL | 0 | $589.41 | FITTS, GREGORY D | 1 | $79.90 |
| COFFIN, KEVIN K | 0 | $1.47 | WAGNER, REBECCA LYN | 0 | $44.12 | GUTIERREZ-CORREA, KIMBERLY | 0 | $119.95 |
| RODRIGUEZ, JAQUELINE | 1 | $145.15 | RIOS, EDUARDO SALVADOR | 0 | $504.81 | ROJAS, JOSE E | 0 | $14.06 |
| SANCHEZ, ALFREDO | 0 | $111.10 | CANO, OLGA | 1 | $1,103.71 | MONDESIR, PAVLOV | 0 | $239.78 |
| BROWN, ANTONIO R | 1 | $413.35 | MACAK, MATTHEW J | 0 | $92.64 | SALIB, ANWAR R | 1 | $137.53 |
| CAREY JR, JOHN V | 0 | $378.55 | SANCHEZ, JOSE L | 0 | $1,039.28 | SANTIAGO, ALBERT M | 0 | $130.49 |
| MUELLER, NICHOLAS J | 0 | $21.23 | WILBURN, MICHAEL D | 0 | $166.11 | HORN, DONALD G | 0 | $0.78 |
| RUIZ, MARIANNA | 0 | $83.02 | PEREZ, VANESSA C | 0 | $65.16 | WHITE, DAVID W | 0 | $28.71 |
| MILLER, ANTHONY R | 0 | $125.90 | GILICH, JASON | 0 | $367.77 | JACKSON, LAWANDA | 1 | $131.37 |
| SALAS, HUGO | 0 | $136.75 | OCHOA, RICHARD | 1 | $185.23 | GODINEZ, ESTHER | 0 | $559.13 |
| LOPEZ JR, CARLOS | 1 | $53.21 | MAYA, YESENIA | 0 | $99.47 | SIZELOVE, BRANDON | 0 | $1.61 |
| LYLE, JESSICA | 0 | $744.83 | JONES, BRITTANY L | 0 | $37.85 | LARA JR, JOSE | 1 | $155.16 |
| JACKSON, GARY T | 1 | $26.86 | MARTINEZ, YESENIA A | 0 | $246.77 | THOMAS, DONTEA M | 0 | $68.56 |
| MARCHAN SALGADO, MAURICIO | 0 | $284.17 | VALENCIA, ALEJANDRO | 0 | $200.84 | WATSON, RENITA D | 0 | $201.17 |
| WILKINSON, JACOB R | 0 | $14.00 | FERNANDEZ, KARINA | 0 | $73.31 | ZACARIAS, JOSE | 0 | $310.60 |
| ARRIAGA, LOURDES | 0 | $216.23 | GONZALEZ, DANIEL | 0 | $43.82 | RUTH, ANTHONY D | 0 | $33.45 |
| SULEMAN, MUHAMMAD S | 0 | $46.03 | RIVERA, JORDAN M | 0 | $116.26 | BROWN, DWAYNE M | 0 | $37.13 |
| FAVELA, RAUL | 0 | $100.12 | MENDOZA, FRANCISCO | 0 | $77.24 | LANGE, SARAH | 0 | $2,470.42 |
| TRISTANO, MICHAEL | 0 | $224.59 | VAZQUEZ MINGUELA, MARIA Y | 1 | $94.45 | COOPER, TIMOTHY V | 1 | $189.60 |
| NORTHROP, PATRICIA | 0 | $1,319.70 | BIZIMANA, PATRICK | 0 | $103.34 | LANGE, RYAN | 0 | $950.39 |
| VALENZUELA, MARIO | 0 | $264.49 | FLORES, MARTIN | 0 | $231.24 | HERNANDEZ JR, SERGIO | 0 | $72.91 |
| THOMAS, RONALD | 0 | $284.07 | TURBIN, CHRISTIE L | 1 | $357.24 | HAWKINS, COREY A | 0 | $93.66 |
| CARPARELLI, FRANK | 0 | $3.34 | WILLIAMS, TYRONE C | 1 | $109.73 | SALGADO, ENRIQUE | 0 | $77.00 |
| RAYE, THOMAS P | 0 | $828.71 | NUSHARDT, MICHAEL A. | 0 | $387.58 | RAMIREZ, STEPHANY | 0 | $127.74 |
| THOMPSON, RAYMOND A | 1 | $161.27 | CISNEROS, MARTHA | 0 | $702.82 | WILLIS, CHRISTIN T | 0 | $254.15 |
| YOUNG, ERIC S | 0 | $2.43 | FOSTER, ANGELA D | 1 | $9.17 | GUTIERREZ, JACOB A | 0 | $0.25 |
| MEDRANO, AGUSTIN U | 1 | $149.10 | HARGRAVE, JEROME E | 1 | $164.33 | LYONS, JAMEECIA L | 0 | $144.87 |
| GARCIA, CARLOS | 0 | $269.21 | WATTS, GARLAND H | 0 | $792.52 | CAHUE, J. JESUS | 0 | $557.56 |
| HOLLOWAY, VICTORIA A | 0 | $0.16 | FLORES, RODOLFO | 0 | $79.14 | REYNOSO, ADRIAN | 0 | $4.21 |
| GONZALEZ, JASON M | 0 | $2.32 | SMILEY, STEVEN R | 1 | $53.28 | GONZALEZ FIGUEROA, JOSE | 1 | $31.30 |
| CHRISTOFF, MICHAEL B | 1 | $23.14 | CAMPA, ERIC P | 0 | $30.25 | ODOR, CHRISTOPHER J | 0 | $0.29 |
| ARROYO FIGUEROA, DOMINGO | 0 | $199.32 | PONCE, RICARDO | 0 | $638.63 | WIAFE, MICHAEL A | 0 | $10.30 |
| SENKO, RYNE D | 0 | $34.98 | COLE, MARCUS T | 0 | $50.07 | SVOBODA, GAIL E | 0 | $138.49 |
| AGUILAR, JONATHAN | 0 | $60.15 | ALLEN, AMY M | 0 | $127.75 | FRIEDER, MICHELE | 0 | $1,885.90 |
| BOOKER, LONDON T | 0 | $80.78 | KRULL, DANIELLE D | 1 | $792.93 | WHEAT, GREGORY L | 0 | $217.14 |
| RIOS, RICARDO | 0 | $400.55 | PADILLA, NORMA I | 1 | $0.00 | O'CONNOR, JASON P | 1 | $223.08 |
| ROTH, RACHEL | 0 | $43.37 | MATUSZEWSKI, ANGELA G | 0 | $0.21 | GUSTAFIK, KENNETH R | 0 | $719.60 |
| PALACIOS, MARIA D | 1 | $219.80 | TRUSCHKE, ALLEN | 0 | $32.51 | BLACK, TASHIA | 1 | $2,151.35 |
| CU, ALLAN Q | 0 | $1.12 | VARELA, CONSUELO | 0 | $456.15 | SALAWA, PETER | 0 | $21.75 |
| HURTADO, SOFIA | 1 | $167.75 | LABAK, STEPHEN M | 0 | $444.83 | SWASTEK, KRISTEN | 0 | $658.31 |
| GARCIA, IRMA | 0 | $131.66 | WINFREY, MELVYN | 0 | $18.65 | LUMPKIN, PATRICK L | 0 | $180.54 |
| JIMENEZ, PATRICIA | 0 | $200.15 | TURNER, AARON D | 0 | $38.18 | VILLALOBOS, FIDEL | 0 | $407.87 |

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| MAIDA, EDWARD M | 0 | $15.46 | LAWSON, GREGORY L | 0 | $104.22 | THOMAS, TIMOTHY E | 0 | $0.74 |
| JOHNSON, ROBERT | 0 | $71.06 | PELAYO, JUANPABLO | 0 | $78.54 | ALCANTARA, CLEMENTE | 0 | $269.09 |
| FOXWORTH, VAL GENE | 0 | $176.48 | GALL, ELYSE A | 0 | $0.00 | MARCHAN, OMAR | 0 | $69.57 |
| BLAYLOCK, WILLIAM R | 0 | $106.93 | MCGEE, RIAN | 0 | $273.39 | SEARS, CHRISTOPHER D | 0 | $0.88 |
| WARREN, GREGORY K | 1 | $123.16 | MULLINGS, SHANTINI O | 0 | $20.13 | ANDREWS, ALVIN G | 0 | $15.36 |
| BRAY, KENNETH | 0 | $28.68 | BICA, RICHARD E | 0 | $148.49 | HAHN, MELISSA | 0 | $137.67 |
| LEIN, ERIC R | 0 | $212.54 | BAHRS, NICHOLAS S | 0 | $5.20 | VARVAREZOS, ALEX D | 1 | $21.98 |
| GLUNZ, TYSEN J | 1 | $3.46 | SOTO, DOMINGO | 0 | $244.26 | LOPEZ JR, MAURO | 1 | $43.18 |
| CORNEJO, DAVID | 1 | $254.44 | THOMAS, DEBRA | 0 | $139.65 | ANDRADE, CARLOS M | 0 | $97.42 |
| SIERRA, LUIS | 0 | $1,319.40 | MUNSON, EUGENE | 1 | $513.57 | WHITE, ZACHARY L | 1 | $105.55 |
| LOPEZ, LEHI | 0 | $33.77 | BENAVIDEZ, RAYMOND | 0 | $329.09 | HERNANDEZ, BRENDA | 0 | $137.76 |
| LANGE, KARL R | 1 | $319.26 | TONEY, WILLIAM E | 0 | $60.28 | CARLSON, MARK J | 0 | $0.00 |
| HOWELL, ANNETTE R | 1 | $51.60 | VILLANUEVA, ROBERTO | 1 | $236.30 | SANDOVAL, VANESSA | 0 | $25.19 |
| DONNELL, PORTIA A | 0 | $0.29 | ROGERS JR, DIOUDY | 1 | $39.05 | PATEL, BHAVNA | 0 | $1,065.74 |
| CELIS, MISAEL | 0 | $185.42 | FRAGOSO, GORGE | 0 | $331.62 | POE, KAWMU | 0 | $98.36 |
| FLORES, ERIC | 1 | $429.19 | GONZALES, ANNE | 0 | $448.77 | ANJELES, NASHIELLY | 0 | $218.99 |
| MORENO, JOSHUA | 0 | $294.48 | RODRIGUEZ, JUSTO G | 0 | $935.35 | SIDDIQUI, RAHEEL | 0 | $4.73 |
| ANACLETO-LEON, JUAN C | 0 | $291.06 | CORTEZ, VERONICA | 0 | $17.79 | REISING, CHRISTOPHER | 0 | $443.02 |
| SOTO, OMAR | 0 | $59.28 | CASTRO, ANDREW A | 1 | $196.59 | MALLARY, ROBERT M | 1 | $27.03 |
| KLUTH, ELIZABETH | 0 | $4,447.07 | WHITESIDE, ANALISA J | 0 | $0.00 | SOTO, PEDRO | 1 | $327.67 |
| MORENO, SHAUN M | 1 | $141.62 | ORTIZ RAMIREZ, JOSE A | 0 | $470.26 | BOLDT, JAMES | 0 | $186.56 |
| TINOCO ZARZA, JESUS S | 1 | $236.12 | HERNANDEZ, MIGUEL J | 0 | $170.60 | MENDOZA, RAUL P | 1 | $48.53 |
| BOLYN, RYAN W | 0 | $421.48 | FREEMAN, KATRICE M | 0 | $0.21 | LUCKEY, VANESSA | 0 | $0.00 |
| MISSEL, DARIUS | 1 | $148.53 | BROWN-DEMPSEY, JOSHUA A | 0 | $218.98 | SMITH, TIMOTHEUS | 0 | $234.25 |
| RICHARDSON, ARIECIA | 0 | $54.67 | GIBSON, RUDY L | 1 | $152.69 | ZARATE, CHRISTOPHER | 0 | $49.78 |
| METOYER, ANTHONY J | 0 | $1.54 | MOORE, KEVIN | 1 | $240.82 | HURTADO, ADOLFO | 0 | $582.93 |
| RODRIGUEZ, ESTRELLA | 0 | $37.79 | PULLON, ANDREW | 0 | $653.38 | CARRENO, YANET | 0 | $522.74 |
| MARTINEZ, JOSEPH | 0 | $25.39 | MATTHEWS, VANNESSA S | 1 | $106.55 | DELGADO, JOSEPH E | 0 | $89.88 |
| MENDOZA-CALDERON, AGUSTIN | 0 | $244.04 | CARSON, BRANDON N | 0 | $187.81 | CANALES, LEE | 0 | $152.00 |
| MALAGON, EMMANUEL M | 0 | $207.20 | REYES, IGNACIO | 0 | $186.32 | URQUIZO ALMARAZ, JOSE | 0 | $216.35 |
| HUYNH, QUAN T | 0 | $49.51 | STREET, JOY D | 0 | $0.00 | JOHNS, STEPHEN | 1 | $86.29 |
| SULEMAN, ARSALAN | 0 | $55.89 | MANNING, CHIQUITA M | 1 | $379.12 | DAVIS, MARY FRANCES | 0 | $949.13 |
| DIAZ-VEGA, ADRIANA | 0 | $667.75 | HARRIS, ROBERT L | 0 | $0.00 | SHELTON JR, ADRIAN C | 0 | $24.69 |
| BARTELLO, STEVEN M | 0 | $69.62 | DANIELS, FAITH L | 1 | $74.39 | GRANT, ISAIAH T | 0 | $123.47 |
| MORRIS, BRETT | 0 | $1,517.36 | HOARD, DEONTA R | 1 | $110.17 | LEONARD, MICHELLE T | 0 | $0.00 |
| ROMERO-GUZMAN, JORGE | 0 | $193.47 | GARCIA, LUIS J | 0 | $143.88 | PEREZ, OMAR ALEXIS | 0 | $208.25 |
| RAMOS, ERIC | 0 | $223.91 | CINTRON, DANA | 0 | $170.42 | JOHNSON, AHMED | 0 | $503.51 |
| HARRIS, ANTHONY | 1 | $198.05 | VALIBHAI, HATIM S | 0 | $1,052.14 | WEEMS, SHANIA F | 0 | $98.50 |
| EVANS, MONET L | 1 | $38.13 | WARD, MATTHEW S | 0 | $0.48 | HERRERA, GERARDO | 0 | $83.29 |
| BLANCO, ALFONSO | 1 | $0.00 | MYERS, QUENTYN D | 0 | $274.73 | JURINEK, JACOB J | 0 | $0.00 |
| GOMEZ, ISABEL | 0 | $271.98 | JOHNSON, TONY D | 0 | $179.96 | BOATENG, CHRISTIAN A | 0 | $356.13 |
| RODRIGUEZ, NICHOLAS E | 0 | $0.00 | STRUNKA, STEVEN J | 0 | $114.52 | HARDY JR, LEANDREW | 1 | $334.19 |
| WALKER, CHRISTOPHER | 1 | $122.72 | PALOMARES, JONATHAN | 0 | $170.30 | CANNON, ANTRON J | 0 | $0.00 |
| ESTRADA, JUAN | 0 | $304.20 | MUNOZ, ALEXIS | 0 | $146.96 | SMITH, JASON E | 0 | $0.00 |
| VALLEZ, SAMANTHA M | 0 | $76.52 | HENDON IV, DAVID J | 0 | $52.53 | WILLIAMS, ELLIOTT | 0 | $21.98 |
| COLEMAN, TIERRA T | 1 | $213.27 | MENDEZ, NOE | 0 | $1,016.61 | PHILLIPS, THERESA M | 1 | $570.32 |
| SIDNEY, CHRISTIAN | 0 | $132.18 | FAVELA, LIBRADO | 0 | $544.01 | OXIER, KENNETH L | 0 | $19.16 |
| MACK, JAMES | 0 | $16.78 | BARRON, ANDREW M | 0 | $67.83 | RANDOLPH, SHARON N | 0 | $95.91 |
| YOUNG, JOSHUA T | 1 | $104.02 | RAMIREZ, OMAR A | 0 | $259.47 | HOBBS, RASHAWN | 1 | $1,028.92 |
| BURKETT JR, KEVIN L | 0 | $90.36 | SHAH, VIPUL B | 0 | $116.12 | LIBERTY, PATRICE | 0 | $83.63 |
| CANALES ARCOS, AMAIRANY M | 0 | $2.78 | KNITTLE, RANDALL | 0 | $349.06 | CERECER, RODOLFO G | 0 | $73.35 |
| GUZMAN, ANTHONY M | 1 | $11.78 | BURKE, EDWARD K | 0 | $45.56 | MURILLO, ARMANDO | 1 | $511.57 |
| NAVIA, BEATRIZ | 0 | $259.92 | JACKSON, ROBERT L | 1 | $0.41 | FRONEK, LYDIA M | 0 | $128.93 |
| OSORIO, JESUS | 0 | $172.53 | MCBRIDE, TONYA M | 0 | $123.58 | GONZALEZ, CRISTINA | 0 | $86.38 |
| GRIMALDO, ALEJANDRO | 0 | $102.07 | JACKSON, JEROME | 0 | $101.30 | LIBBY, DONALD P | 0 | $1.63 |
| KNEIP, JUSTIN K | 0 | $66.04 | MYRICK, ROCHELLE | 0 | $79.55 | MURRAY, JOCELYN L | 0 | $1,043.00 |
| CIMINO, KYLE A | 0 | $53.69 | GREEN, MALCOLM E | 0 | $126.61 | JOHNSON, MARTIKA M | 1 | $111.87 |
| OSEI ANNOR, DANIEL | 0 | $225.98 | HALTOM, JERRY W | 0 | $434.17 | PATINO, FRANCISCO | 0 | $151.43 |
| GUZMAN, OLGA | 0 | $286.22 | COLE, WYNTER S | 1 | $4.55 | LOPEZ, JOSE | 0 | $581.03 |
| GUTIERREZ ALCANTAR, YESSICA | 0 | $552.80 | KOET, SAVETH | 0 | $286.55 | QUICK, AUSTIN T | 0 | $85.71 |
| DIXON, CLARENCE | 0 | $17.99 | SAUCEDO, JOSE A | 0 | $24.34 | BAERGA, JONATHAN T | 0 | $36.84 |
| SMITH, PAMELA F | 0 | $2.16 | FRANKLIN, FLOYD M | 1 | $17.99 | PICKENS, JACOB A | 0 | $12.49 |
| BROWN, MARIO M | 0 | $0.00 | MERKSON, STEPHANIE P | 0 | $129.78 | CRUZ, MIGUEL | 0 | $0.00 |
| LEE, FREDDIE A | 1 | $24.92 | AGUADO, NANCY A | 0 | $0.00 | JEFFERSON, LATANYA N | 0 | $219.53 |
| CASTELLANOS, ANA | 0 | $253.40 | KRYNSKI, ARTHUR A | 0 | $54.91 | FOLEY, KIRAH S | 0 | $227.57 |
| MACLIN, GERALD | 0 | $29.92 | ROSARIO, WILLIAM | 0 | $1,403.59 | MILLER, ELIJAH W | 0 | $22.41 |
| JONES, CORTNEY S | 1 | $11.04 | HOSKINS, JACQUES S | 1 | $0.00 | WILLIAMS, MARQUEZ Z | 0 | $48.12 |
| PATRICKUS, LAWRENCE J | 0 | $121.11 | ZAMORA JR, LEOPOLDO | 0 | $188.29 | CAHUE, MA CARMEN | 0 | $258.04 |
| BRIGGS, JERRY | 0 | $277.63 | BAUTISTA, ALEN | 0 | $3.86 | SYED, AHSAN A | 0 | $0.00 |
| HOLTON, DUSTIN | 0 | $198.42 | TERRAZAS, SILVIA | 1 | $463.44 | OWUSU AFRIYIE, FRANCIS Y | 0 | $68.84 |
| MAGRUDER, GREGORY S | 0 | $14.53 | CHEEKS, CAROL A | 0 | $62.90 | SANG, KHAI | 0 | $5.20 |
| KRAHULA, AMY | 0 | $9.55 | STEVENSON, CURTIS K | 0 | $138.05 | BORRERO, JOSEPH A | 0 | $101.65 |
| OLIVARES, LAWRENCE A | 0 | $51.71 | ROMERO, XAVIER | 0 | $112.45 | RUSH, ANTHONY D | 0 | $683.29 |
| REYES CERVANTES, GEORGINA | 0 | $703.82 | AVELAR MEJIA, MARCELINO | 0 | $151.44 | LYONS, ALEXANDER D | 0 | $135.60 |
| FLORES, MAYRA G | 0 | $65.01 | VAZQUEZ, DALILA | 0 | $289.29 | LYONS, JOSEPH | 0 | $326.57 |
| VELAZQUEZ, JULIAN | 0 | $487.66 | ORTIZ, ARMANDO | 0 | $558.17 | ALEXANDER, ALAN J | 0 | $16.46 |
| COELLO, MIGUEL | 0 | $99.27 | PRUITTE, DEBORAH | 0 | $318.42 | CASTELLANOS, JOSEPH | 0 | $46.90 |
| JOHNSON JR, MICHAEL A | 1 | $1.77 | BARRON, ARTURO | 0 | $271.80 | CARRERA, RODOLFO | 0 | $334.79 |

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| ROSADO, JESCINDA I | 0 | $229.90 | NAILING, GAYLE E | 1 | $10.73 | HARRIS, SAMUEL T | 1 | $99.27 |
| YAMINI, ANWAR S | 0 | $10.49 | PATTON, BERNETTA | 1 | $6.79 | KUYPER, TRACY J | 0 | $117.49 |
| KAPLAN, BRANDON S | 0 | $85.85 | CUNNINGHAM, ANNETTE M | 0 | $106.36 | CARRASCO, ROBERTO C | 0 | $0.00 |
| HOEHN RUIZ, WESLEY J | 0 | $30.76 | CZERNY, JANUSZ | 0 | $5.28 | GONZALEZ, ELIAS | 0 | $572.89 |
| SANCHEZ, HECTOR A | 1 | $92.91 | JOHNSON, FANNIE P | 1 | $73.40 | TAYLOR, JEFFREY S | 0 | $0.00 |
| VELA, VANESSA | 0 | $126.15 | NOVOA, YANIRA | 1 | $164.17 | MCGILL, KELVIN T | 0 | $84.40 |
| HEJJA, YOUSEF | 1 | $235.44 | RUIZ, RAUL R | 1 | $8.55 | WIMP, MARGARET M | 0 | $22.50 |
| ODURO, KWAKU | 0 | $115.97 | DOMINGUEZ CHAVEZ, MARIA ANGELES | 0 | $9.06 | CARMONA, JAVIER | 0 | $93.81 |
| PATER, THOMAS | 1 | $361.98 | HENRY III, WILLIAM | 0 | $106.59 | BENNETT, KEVIN J | 0 | $189.80 |
| SPENCER, LOLITA | 1 | $88.48 | YOUNG, ROYCE D | 0 | $1,100.94 | DERDEN, KHYAUNDRA V | 0 | $70.02 |
| ATKINSON, KENNETH F | 1 | $112.97 | ELZ, ROBERT A | 0 | $123.97 | ESCARENO, ERICA | 0 | $0.00 |
| RAMIREZ, MARIA | 0 | $1,048.80 | JOHNSON, LAJUANA D | 0 | $13.54 | GUZMAN, ANTHONY | 1 | $171.93 |
| LYNCH, MICHAEL | 0 | $122.53 | GUTIERREZ, JOSE E | 0 | $10.70 | RIOS, GERARDO | 0 | $398.03 |
| KROLAK, JEFFREY S | 0 | $6.85 | MARENHOLCAS, KERRY A | 0 | $40.93 | GARCIA, MARGARITA | 0 | $402.05 |
| WILSON, MONIQUE L | 0 | $149.09 | MILLER, LATRAIL | 0 | $1,227.28 | SMITH, OBIE L | 0 | $167.00 |
| BOBE SR, JOSE LUIS | 0 | $2.46 | KNAPCZYK, EDWARD | 0 | $2,360.66 | DIALLO, MAMOUDOU | 0 | $372.89 |
| TURNELL, JAMES B | 1 | $83.91 | BETANCOURT, JUVENTINO | 0 | $181.77 | SERVIN LARIOS, LUIS | 0 | $181.99 |
| CARTER, ARTHUR L | 1 | $130.04 | WALLACE, RASHEE A | 0 | $251.03 | PRADHAN, DEEPAK | 0 | $76.90 |
| SOUTHARD, ROGER L | 0 | $31.83 | SHRAGAL, JOHN R | 0 | $81.82 | WATTS, LAKEIA V | 0 | $49.36 |
| LOMAX, ASIA I | 0 | $109.98 | CASARES, ISMAEL | 0 | $132.54 | PRINCE, ANNA | 1 | $324.32 |
| CULVERSON, OMOTIYA G | 1 | $175.83 | HUERTA, SERENA E | 0 | $71.83 | DAVIS, SHIRLEY M | 1 | $12.24 |
| SALINAS III, LORENZO | 0 | $271.02 | GLASPER, JADE L | 0 | $5.20 | BARGAS GAITAN, MARISELA | 1 | $99.56 |
| SUTOR, STEPHEN | 0 | $100.83 | HARRIS, KELVIN P | 0 | $6.16 | BROWN, KAYLA R | 1 | $54.18 |
| ASTORGA, ALEXANDER C | 0 | $592.34 | GARDNER, KENNETH M | 1 | $433.39 | AMEEN, ELIJAWAND A | 0 | $0.00 |
| VILLALOVOS, MICHAEL A | 0 | $58.08 | HOLDER, ANTHONY C | 0 | $25.79 | ULLAH, LATUSHA A | 0 | $108.90 |
| MURRY, AS'JAICA L | 0 | $2.21 | NEAL, STEPHEN | 1 | $133.95 | HAYES, JASMINE J | 1 | $0.00 |
| GANDARA, FELICIA M | 0 | $41.16 | KRAHULA, ANDREW | 0 | $3,897.54 | WESSLING, AMALIE J | 0 | $39.86 |
| WILLIAMS, REGINALD | 0 | $77.38 | CLUTTERHAM, CHAD | 0 | $5.99 | SALDANA CASTREJON, JESSICA | 0 | $926.52 |
| FELSON, MARK E | 1 | $294.97 | MEZA, CARMEN | 0 | $523.12 | KEOPHOXAY, CHANSONE | 0 | $0.00 |
| BRANCH, CHRISTOPHER J | 0 | $60.94 | LAMBERT, MARK M | 0 | $359.35 | WHITT, OCIE D | 0 | $118.27 |
| CERVANTES JR, JAVIER | 1 | $335.99 | LOPEZ-ANIMAS, MERCEDES | 0 | $757.07 | CULLENS, RODNEY L | 0 | $0.16 |
| PAYNE, MICHAEL A | 0 | $0.30 | JOLOY, JOEL | 0 | $514.67 | HUTCHENS, KENNETH J | 0 | $181.69 |
| BUENO GONZALEZ, GABRIEL | 0 | $118.13 | GARCIA, JOSE L | 0 | $3.75 | BOND, WILLIE D | 0 | $317.16 |
| BOANSI, GRACE | 0 | $331.51 | PULLON, JENNIFER | 0 | $3,581.97 | RAU JR, JAMES H | 0 | $54.39 |
| ASANTEWAA, YAA | 0 | $38.18 | MARCIANO, ANTHONY T | 0 | $10.01 | WILLIAMS, ALAVESTER | 0 | $236.74 |
| BARBOSA JR, JESUS | 0 | $152.75 | GARNER, DARRYEL M | 0 | $0.00 | DAVIS, GREGORY | 0 | $99.94 |
| PAYNE, ROBERT | 1 | $212.41 | SALDANA, JACQUELINE B | 0 | $1.27 | MOORE, TIMOTHY | 1 | $605.48 |
| RAMIREZ, ANGELICA | 0 | $1,566.84 | DIAZ, GLENDA | 0 | $313.73 | MITCHELL, TRACY L | 1 | $46.71 |
| CARLSON, AUDREY | 1 | $166.30 | CORRAL, LUIS E | 1 | $553.24 | REED, BRANDON M | 1 | $313.57 |
| SHORT, TAMEICA T | 0 | $229.64 | BOYK, JEFFERY | 0 | $78.44 | THOMAS, PAMELA | 1 | $401.67 |
| DIAZ, CAROLINA | 0 | $49.71 | ROMERO, KELLY | 0 | $2.18 | BRIGHAM, HEATHER R | 0 | $63.50 |
| ROBINSON, REANNA R | 1 | $122.06 | FLORES, ANGEL | 0 | $221.91 | PUGH, WILLIAM L | 0 | $98.56 |
| RANIERI, SHERRI L | 0 | $114.02 | SARABIA, OTTONEL L | 0 | $127.42 | CARDINAL, LENETTA | 0 | $118.74 |
| MACIAS, VERONICA | 1 | $527.36 | DZIEDZIC, JAN B | 0 | $67.79 | PINEDA, SARA | 0 | $46.25 |
| GONZALEZ, LORENA | 0 | $56.17 | CERVANTES, ELIZABETH | 0 | $167.35 | TOBIAS, JOSE F | 0 | $487.19 |
| RIOS, OFELIA | 1 | $404.76 | OSEI, ALBERT | 0 | $814.81 | NKEMEH, MATTHEW C | 0 | $171.64 |
| WALLACE, SEAN E | 0 | $181.66 | NOONAN, JOSEPH | 0 | $0.00 | GOMEZ, MARIA C | 1 | $261.01 |
| RICHARDS, DANIEL RYAN | 0 | $357.30 | WHITE, LA MARK | 0 | $472.37 | RAMIREZ, JOE G | 0 | $75.10 |
| GARCIA, MACARIA | 0 | $201.28 | GARCIA, CELIA | 0 | $125.75 | TREJO, FLORENTINA G | 0 | $175.68 |
| RODRIGUEZ, KIMBERLY | 0 | $19.55 | OWENS, TIMOTHY | 0 | $8.33 | MUTEMWA, JOKONIA | 1 | $116.38 |
| MASSO, NICHOLAS | 0 | $219.91 | JOHNSON, ALAN | 0 | $53.99 | DAHLGREN, TROY L | 0 | $13.92 |
| EISA, MICHELLE T | 0 | $0.16 | WRIGHT, ALVIN E | 0 | $202.28 | HORN, LORIE L | 0 | $25.65 |
| ZEPEDA, ANTHONY | 0 | $355.92 | VEGA MARTINEZ, MARIO | 0 | $56.61 | HOWE, TERESA M | 0 | $0.00 |
| DESHAZER, ERIC T | 0 | $0.15 | REESE, ALEXANDER D | 0 | $0.28 | JUAREZ GARCIA, LUIS M | 0 | $290.45 |
| SANCHEZ, LATICIA | 0 | $35.25 | SIMMONS JR, KEITH | 1 | $0.00 | KOLAR, ALICE | 0 | $1,433.59 |
| ANDERSON, JODI S | 0 | $114.38 | HILL, DESMOND T | 0 | $0.54 | ANGELES TAPIA, JUAN C | 0 | $75.85 |
| PHILLIPS, BROCK M | 0 | $436.02 | JACKSON, KEITH | 0 | $371.38 | CASTLEBERRY, EUSTACIA X | 0 | $89.85 |
| CHILDS, CARLY | 0 | $111.01 | PATTERSON III, RICHARD L | 0 | $69.49 | NEWMAN, ZACHARY R | 0 | $11.14 |
| RUIZ, JOSUE | 0 | $29.94 | MARTINEZ, ALBERTO | 0 | $166.12 | FREEMAN, JULIA S | 0 | $155.57 |
| NAVARRO, LISA M | 0 | $517.65 | MAIER, BRENDAN T | 0 | $0.00 | HERRON JR, MARVIN B | 0 | $0.00 |
| BARNES, SHARIECE K | 0 | $64.59 | TANALEON, ROMER | 0 | $616.42 | BAKER, CHADRICK | 0 | $86.48 |
| WILLIAMS, JOSEPH C | 1 | $88.21 | BASULTO RIVAS, ALEJANDRO | 0 | $3.49 | BANUELOS, ABRAHAN | 0 | $240.07 |
| NAJERA, JAVIER | 0 | $463.85 | NAJERA ESCAMILLA, LUIS | 0 | $665.18 | TABER, MELISSA A | 1 | $29.39 |
| LITTLE, DEANDRE I | 0 | $81.61 | GOMULKA, ROBERT J | 0 | $71.84 | IBRAHIM, AHMAD B | 0 | $79.52 |
| SCHULTZ, NICHOLAS D | 0 | $209.84 | GOMEZ, MARIO | 0 | $10.77 | KENNEDY II, BRIAN K | 0 | $167.56 |
| ALVAREZ ESPARZA, IVETT | 0 | $310.05 | PEETE, JEROME | 1 | $973.50 | VANZANDT, MEGAN | 0 | $240.09 |
| TRUJILLO, MONICA | 0 | $191.43 | COLLINS, ANDRE A | 0 | $47.21 | YOUNG, JAMES A | 0 | $103.59 |
| FRANCO, ALEXANDER | 0 | $425.36 | DAVIS, EDMUND B | 1 | $391.20 | REYES, ALLEJANDRO | 0 | $24.66 |
| KETO, MICHAEL | 0 | $8.99 | HURD, ALICIA C | 0 | $85.96 | RAMIREZ CASTRO, JULIO CESAR | 0 | $596.51 |
| HERMAN, KIMBERLY | 0 | $20.96 | WILLIAMS, SHARITA E | 0 | $71.05 | MORALES, ILDA L | 0 | $246.28 |
| HUGHES, DONOVAN | 0 | $69.99 | ZUNIGA, OSCAR D | 1 | $462.89 | VILLAGOMEZ, ANGEL | 0 | $685.58 |
| BROWN, WARDELL W | 0 | $67.03 | LEGGERIO, ADAM T | 0 | $74.87 | HERNANDEZ, FRANCISCO | 0 | $249.13 |
| MONTGOMERY, TROYNELL B | 0 | $0.00 | LONG, KIERRA M | 0 | $300.35 | MARTINEZ, RAFAEL | 1 | $220.85 |
| AMADOR, REINALDO | 0 | $68.36 | O'BRIEN, SEAN P | 0 | $522.66 | LUCIER, LISA | 0 | $3,901.13 |
| VOGT, JASON A | 0 | $678.96 | WILKINS, LAWRENCE I | 0 | $0.00 | LEON-PALMARIN, JOSE | 0 | $422.28 |
| CHEERS, SHEREE L | 0 | $108.64 | ANDERSON, KEITH E | 0 | $0.00 | MONROY, BEATRIZ | 0 | $24.23 |
| BRYJA, STANISLAW | 0 | $117.74 | MACK, RYAN T | 0 | $0.00 | SHELBY, EUGENE | 0 | $60.22 |
| MONTERO, YESENIA | 0 | $902.28 | SIEFERT, NATHAN A | 0 | $1.52 | SOTO, ARMANDO | 0 | $556.49 |

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| STANDLEY, CLARENCE C | 1 | $286.08 | IGOE, SCOTT | 0 | $0.00 | DE LA TORRE, VANESSA D | 0 | $144.14 |
| BROUGHTON, JAMES A | 0 | $1,196.62 | KRAUSE, RICHARD S | 0 | $68.69 | ALBARRAN, JOANNA | 0 | $108.18 |
| INGRAM, MARTIN | 0 | $495.75 | SHARP JR, DAVID L | 0 | $231.26 | PADILLA, MARTIN | 0 | $186.60 |
| OVERTON JR, WALTER L | 0 | $0.00 | BRIONES, BRUCE G | 0 | $57.23 | TAPIA, CARLOS | 1 | $15.97 |
| WILLIAMS, RICO | 0 | $0.00 | CASTANEDA, MARIA O | 0 | $202.67 | BETHEA, GWENDOLYN C | 1 | $1.12 |
| ESCOBAR, JOSE | 0 | $83.81 | FARRELL, JOSEPH | 0 | $419.92 | CORDERO, DANIEL | 0 | $24.59 |
| OCHOA, JUAN MANUEL | 1 | $219.97 | JONES, KAREN L | 0 | $572.77 | RIVERA SOTO, FRANCISCO | 0 | $93.23 |
| WATKINS, JEANETTA M | 0 | $86.32 | STOKES, SIDNEY E | 0 | $0.00 | MORALES, JOSE L | 0 | $65.59 |
| PRICE, RYAN W | 1 | $149.61 | HADLEY, KIM | 0 | $165.24 | PEREZ ACEVEDO, HIBRAIM | 0 | $1,022.28 |
| BRYDA, RAFAL S | 0 | $0.84 | THOMPSON, GUNNARD J | 0 | $244.75 | MATOS-MELENDEZ, AIXAIMEE | 0 | $515.00 |
| RUIZ, CASANDRA M | 0 | $32.84 | PULLON, MICHAEL | 0 | $163.73 | JOHNSON, DAPHNE R | 0 | $196.76 |
| LAZARO, ERIC | 0 | $103.69 | WEAVER, STEPHEN W | 1 | $47.20 | MEJIA, INGRI T | 0 | $42.38 |
| MCDONALD, FREDIE LEE | 1 | $722.27 | ALFORD, ADONIS A | 1 | $82.64 | ROSIN, ALYSSA-JOY M | 0 | $0.16 |
| ZEMAN, KEVIN A | 0 | $121.87 | GOMEZ, CARLOS | 0 | $0.02 | FINGER, JAMES T | 0 | $849.03 |
| SAMUEL, DELVIN D | 0 | $99.95 | LIBERTY, ERICA | 0 | $131.88 | RAMOS SANCHEZ, LUIS | 0 | $813.23 |
| WARREN, TYSHEIRRAH K | 0 | $14.65 | METOYER, CHARLES A | 0 | $125.92 | MORALES, SINDIA | 0 | $0.36 |
| MARCHAN, ADAN | 0 | $21.20 | FERGUSON, KARLA D | 0 | $14.00 | VELAZQUEZ RAMOS, ELIZABETH | 0 | $440.70 |
| WILSON, CORTEZ M | 0 | $76.90 | PIGRAM, MARCUS L | 0 | $98.39 | CANDELARIA-GALINDO, EDGARDO | 0 | $131.08 |
| PADILLA, NORMA C | 1 | $263.16 | MAGANA, RAUL | 0 | $172.33 | SALAPANTAN, JEFF T | 0 | $74.56 |
| SVINNING, ROGER | 0 | $200.18 | ANGUIANO, HECTOR | 0 | $129.11 | CAMACHO, RAPHAEL | 0 | $408.75 |
| HUGHES, DONIEL S | 0 | $71.49 | RICHBERG, TIERRE M | 0 | $107.92 | CEDENO COLLAZO, ANTHONY N | 0 | $108.64 |
| WINFIELD STEVENSON, GWENDOLYN | 0 | $11.03 | PENA II, GILBERTO M | 1 | $87.05 | CATALAN COLON, GLADYNES | 0 | $364.48 |
| BRADFORD, SHANTE L | 0 | $56.26 | TILLMAN, COURTENEY A | 0 | $520.87 | ROBLES ABRAMS, JOSE R | 0 | $372.19 |
| KASAI, BETH A | 0 | $88.15 | ALPIZAR, VERONICA | 2 | $1,820.27 | CUPRILL RODRIGUEZ, RUSTY O | 0 | $19.83 |
| JARNUTOWSKI, GLORIA | 0 | $27.57 | SLUSHER, KEISHA M | 1 | $0.00 | ESSA, ROMEL GEORGE A | 0 | $216.22 |
| MCGREW, ERICA D | 1 | $10.89 | MARTINEZ, PAMELA | 0 | $108.32 | DUARTE, SAMANTHA A | 0 | $38.73 |
| GRAY, ERICA E | 1 | $533.38 | BROWN, AIREON D | 0 | $59.30 | AGUILAR, TONY | 0 | $435.14 |
| SZYMCZAK, WALTER M | 0 | $57.05 | QUINN, MATTHEW R | 0 | $144.07 | DELATORRE, ALVARO | 0 | $45.83 |
| WIELGOSIAK, CARRIE | 0 | $1,203.63 | WALLER, MATTHEW J | 0 | $105.03 | PEREZ, DAVID J | 0 | $165.85 |
| CRITTLE, DAVID I | 0 | $0.00 | WASHINGTON, DEVONTAE L | 0 | $0.16 | SANCHEZ, CECILIA | 0 | $0.00 |
| KIMBROUGH, JOHN A | 0 | $177.77 | DIAZ, BERENICE | 0 | $417.67 | CORTAZAR, OSVALDO | 0 | $1,098.80 |
| DONOSO, NANCY | 0 | $525.23 | PANIAGUA, JONATHAN | 1 | $275.75 | BLACK, JOSHUA M | 0 | $201.62 |
| QUEZADA SANTANA, MARIA L | 0 | $232.43 | GALVEZ CUEVAS, J NATIVIDAD | 0 | $125.40 | TINAJERO-RAMIREZ, JOSE L | 0 | $160.40 |
| BRADFORD, CHRISTOPHER A | 1 | $0.00 | GALVEZ, ZOILA | 1 | $1,619.02 | ADOMAH, BARBARA | 0 | $224.29 |
| WATSON, JAMES | 0 | $314.05 | GALVEZ, NATIVIDAD | 0 | $624.66 | OMANA REZA JR, ABEL | 0 | $105.44 |
| GRANT, KENYATTA A | 0 | $595.43 | SAVAGE, PATRICIA | 0 | $927.68 | ALARCON, GABRIELA | 0 | $278.42 |
| MORENO, RYAN M | 0 | $841.18 | MCDANIELS, MYRON T | 1 | $359.58 | DIAZ SOJO, CARLOS | 0 | $318.68 |
| DUKES, GREGORY M | 0 | $0.00 | EVANS, RAYMOND H | 0 | $58.30 | GALLEGOS, ELVIA | 0 | $343.24 |
| RIVERA JR., CESAR E | 0 | $11.02 | SALINAS, LAURA | 1 | $166.90 | ARELLANO, MARTHA L | 0 | $31.14 |
| SZILER, ANDRZEJ J | 0 | $3.99 | JAMES, SHANNON | 0 | $307.00 | RIVERA, JOSE L | 0 | $0.05 |
| RANCE, JALEESA L | 0 | $22.24 | VILCHIS, ROSALIE M | 0 | $13.31 | CARDOZA-PASILLAS, ANTONIO | 0 | $182.12 |
| GRIMALDO, MAURICIO | 1 | $96.26 | LAVENDER, TERRY L | 1 | $12.56 | VAZQUEZ ANGELES, HUGO | 0 | $709.81 |
| BLEDSOE, LAWERENCE H | 0 | $0.72 | COLE, SHARONDA M | 0 | $118.35 | VEGA, FRANCISCO | 0 | $40.93 |
| RAMIREZ-PONCE, HECTOR E | 1 | $0.00 | YACKLEY, WILLIAM J | 0 | $108.28 | TRAN, JASON L | 0 | $125.86 |
| BUENO, MARIA M | 0 | $214.07 | MEADE, JEREMIE C | 0 | $51.06 | RODRIGUEZ-VAZQUEZ, KARINA | 1 | $211.96 |
| JUSTINIANO HOYOS, JORGE | 0 | $224.49 | DE LA TORRE, SANTIAGO | 0 | $129.10 | VALENZUELA, MIGUEL | 0 | $24.65 |
| READUS, STEPHEN | 0 | $44.01 | CLARIN, RYAN | 0 | $102.23 | COYOTL-LARA, OSCAR I | 0 | $66.02 |
| ALKSNIS, JOSEPH F | 1 | $1.11 | ORTIZ, STEPHANIE | 1 | $246.39 | FOUT, COREY L | 0 | $0.00 |
| SCHULTZ, SHERI L | 0 | $1,339.25 | HENRY, EVELYNE A | 0 | $370.34 | GODOY DIAZ, CAROLINA | 1 | $67.40 |
| GRAHAM, DORENE M | 1 | $593.33 | HARRIS, SADIE F | 0 | $0.12 | BLACKMON, CARLITOS | 0 | $155.53 |
| GRADY, MELISSA | 1 | $530.24 | PINKSTON, AMANDA | 0 | $305.18 | STEPHENS, ASHLE' K | 0 | $48.89 |
| BUSH, MAURICE D | 1 | $91.45 | BELL, NESHA R | 1 | $142.95 | RAMIREZ CAMPOS, ANA | 0 | $69.12 |
| POWELL, GEORGINA M | 0 | $156.60 | VILLALOBOS, MARTHA | 1 | $267.61 | CORTES, HECTOR | 0 | $0.00 |
| MOORE JR, WILLIE J | 0 | $221.72 | PARSZE, ERIC J | 0 | $218.27 | RAMIREZ CANO, MAYRA | 0 | $877.38 |
| WOODWARD, MICHAEL | 1 | $342.50 | SWAITE, QUENTIN O | 0 | $61.88 | JIMENEZ ALCANTAR, MIGUEL A | 0 | $174.31 |
| FISCHER, ANTHONY G | 0 | $31.02 | ZAMUDIO, REYNA | 0 | $449.10 | CEPEDA, YADIRA | 0 | $609.50 |
| KOWALCZYK, KEITH | 0 | $253.95 | CROSS JR, SHERMAN | 1 | $356.46 | ROSALES, SULY | 0 | $214.17 |
| DECAMP, VALERIE N | 0 | $4.12 | GREEN, ANTONIO D | 0 | $97.44 | TAYLOR, ESPERANZA | 1 | $206.11 |
| CABADA, JOSE | 0 | $230.80 | CROSBY, JOSEPH D | 0 | $393.76 | PICHARDO, NORA | 1 | $346.15 |
| HACKETT, JEREMY Q | 0 | $440.92 | WU, GEORGE | 0 | $54.83 | HURTADO, MARIA D | 0 | $1,110.91 |
| STEWART, REMINGTON M | 0 | $83.53 | MURDOCK, BRETT | 0 | $952.62 | LEDESMA, NORMA | 1 | $191.23 |
| MURRAY, PETER | 0 | $706.61 | JONES JR, DARRIN J | 0 | $0.30 | MORIN VARGAS, JORGE A | 0 | $57.41 |
| GUTIERREZ, MAITED | 0 | $289.14 | LEARY, AUDREY C | 0 | $98.85 | AGUIRRE SILVA, GREGORIA | 0 | $164.83 |
| KNAPCZYK, MICHAEL | 0 | $1,235.23 | DANIELS, DESHAUN M | 0 | $92.80 | HERNANDEZ VALDERRAMA, JESUS R | 0 | $45.10 |
| SHEEHAN, MASON A | 0 | $117.12 | MULDER, RYAN | 0 | $247.36 | REYES DURAN, MARIA R | 0 | $62.49 |
| STACHOWICZ, ZOFIA | 0 | $179.65 | WILLIAMS, ANTHONY O | 0 | $0.00 | KAMPHUIS, IAN | 0 | $5.91 |
| MURRY, RECO L | 0 | $42.56 | ALSTON, CHIQUITA M | 1 | $46.52 | ALVAREZ, MARIA C | 0 | $35.99 |
| URQUIZO ARTEAGA, NANCY BIANET | 0 | $212.64 | THOMPSON, COURTNAY | 0 | $758.19 | LEON CALDERON, ABEL | 0 | $88.50 |
| HACKMAN, LORRAINE A | 1 | $19.23 | GARCIA-LOZANO, ALBERTO | 0 | $0.17 | GUZMAN, MARIA G | 0 | $60.24 |
| JACKSON, LAMONT | 1 | $139.70 | AGUILAR BAUTISTA, MARIA E | 0 | $0.00 | TORRES, DELIA E | 0 | $729.55 |
| IASILLO, JOHN | 0 | $747.57 | PETKOV, ALEXANDER P | 0 | $113.06 | RIVERA, GABRIELA | 0 | $2.09 |
| SCHOMER, DEBORAH | 0 | $414.76 | GARCIA, DANIEL | 0 | $106.69 | GARCIA DE ESPINOZA, MA ROSAURA | 0 | $0.26 |
| ROBERSON, JEFFERY | 1 | $0.00 | GANDARILLA, XAVIER A | 0 | $300.30 | BERNAL, CELIA | 0 | $343.37 |
| MOATS, CRAIG V | 0 | $120.57 | STIRN, JACOB C | 0 | $11.37 | GARCIA, JOEL | 0 | $337.63 |
| PRESLEY, TIMIKA L | 0 | $204.95 | VARGAS-HERRERA, ADRIAN | 0 | $12.78 | HUIZAR, GUADALUPE | 0 | $625.05 |
| PEREZ MALDONADO, LUIS A | 0 | $736.65 | PLEASANT, MAXIMILLIAN V | 0 | $0.00 | DIAZ GUZMAN, JUAN C | 0 | $161.88 |
| ROBERSON JR, BOBBY G | 1 | $73.82 | ROBINSON, FLEMING M | 0 | $148.89 | RUIZ, MIGUEL | 1 | $803.13 |
| MORGAN JR, FRANK H | 0 | $0.93 | KOPEC, BRANDON D | 0 | $0.00 | MARTINEZ LARA, MARINA | 1 | $462.13 |

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| MAZZOCCHI, NICHOLAS | 0 | $36.06 | VASQUEZ, ADRIAN | 0 | $66.83 | FLORES, MATILDE | 1 | $113.87 |
| LEWIS, WILLIAM B | 0 | $0.00 | HARO, IVAN | 0 | $107.92 | GONZALEZ, JOSE L | 1 | $212.33 |
| RAMIREZ, CARLOS | 1 | $320.14 | PHAM, THINH H | 0 | $0.00 | WILLIAMS, BRITTNEY S | 0 | $115.11 |
| ANTUNEZ, GABRIEL | 0 | $79.16 | ORTIZ, ANA L | 0 | $47.29 | MANTEROLA, ENEDELIA | 0 | $158.19 |
| GASPARI, JOSHUA | 1 | $181.43 | OMALLEY, MELISSA H | 0 | $0.00 | VILLEGAS, ERIC R | 1 | $193.75 |
| LEACH, DEVIN | 0 | $127.05 | ESTRADA, CONSUELO | 1 | $323.31 | GARCIA, MA DEL ROCIO | 0 | $75.94 |
| SPICER, MALCOM J | 0 | $116.59 | HERNANDEZ, GUADALUPE S | 0 | $23.83 | FLORES MENDOZA, JOSE A | 0 | $0.00 |
| EVANS JR, DARRYL | 0 | $62.80 | BROWN, RUSH | 0 | $319.70 | GBEGBE, AIME C | 1 | $542.07 |
| VILLAFUERTE, JENNIFER | 0 | $610.08 | LUCIER, LAURA J | 0 | $74.19 | BOAKYE, LUCAS B | 0 | $70.40 |
| CAMERON, SEAN T | 0 | $63.69 | WINSTON, SINNITRA D | 1 | $163.31 | AGUIRRE MARTINEZ, MARIA E | 0 | $29.64 |
| WARD, MARCELLUS V | 0 | $7.35 | CASTER, LINDA M | 0 | $212.26 | MADRIGAL, CECILIA | 0 | $0.00 |
| PETERSON, ADAM T | 1 | $37.63 | SWIERCZYNSKI, STANLEY S | 1 | $85.61 | MUNGSAMTE, ROBERTDAL S | 0 | $25.55 |
| QUILES JR, LUIS A | 0 | $229.59 | HARGRETT, JUSTIN M | 1 | $1.76 | HANYANI, ALFRED C | 0 | $248.00 |
| DE LABRA, JESSE | 0 | $249.61 | HERNANDEZ, MIGUEL A | 0 | $54.75 | ESTRADA SOLIS, ANA B | 0 | $87.78 |
| GUTIERREZ, DIANA C | 0 | $18.95 | ANDRADE, JUAN M | 0 | $941.88 | SAAD, MICHAEEL B | 0 | $32.21 |
| FLORES, RANDOLPH | 1 | $217.29 | COLEMAN, JOE B | 0 | $0.00 | BONILLA SOLANO, LUIS L | 0 | $182.50 |
| MOORE, RUFUS C | 1 | $198.75 | HERNANDEZ, RAY M | 1 | $151.68 | ANACLETO LEON, IBEL | 0 | $68.35 |
| PRUDE, LAYAN C | 0 | $45.10 | RODRIGUEZ, JESSE D | 0 | $1,019.72 | LEON ACOSTA, MIGUEL A | 0 | $72.99 |
| JAMES, LARRY | 0 | $699.97 | ROBINSON, THERON D | 1 | $413.63 | OPOKU, FELIX | 1 | $704.77 |
| PIERCE JR, OBERIA | 0 | $209.64 | BAINES, TYSHAWON A | 0 | $94.30 | CUNG, TAWK | 0 | $70.12 |
| SHEARD, BOBBY | 0 | $95.50 | COOK III, WALTER L | 0 | $0.00 | SANCHEZ CRUZ, SALVADOR M | 0 | $202.08 |
| JENKINS, CLINTON | 0 | $5.96 | WOODS, TROY A | 0 | $145.43 | BOHORQUEZ CABALLERO, ALFREDO | 0 | $759.54 |
| MOORE, CRAIG R | 1 | $0.24 | HOUSTON, DONDRE | 0 | $48.13 | GUIZAR, OSCAR | 0 | $74.77 |
| HOLLEY, NICOLE A | 1 | $0.48 | VARGAS, FRANCISCO | 1 | $1,263.82 | VALENZUELA GARCIA, MONICA | 0 | $301.99 |
| MARTINEZ, JACOB A | 0 | $10.10 | SILVA-AGUIRRE, HIDALY | 0 | $10.08 | MANCILLA ARELLA, ESAU | 0 | $93.79 |
| GATES, TYWANDA M | 1 | $31.44 | QUINTERO, MARIA A | 0 | $93.47 | MUNOZ DE LA CRUZ, ERIC A | 0 | $318.97 |
| BARRON, JAVIER | 0 | $452.56 | HUBBARD IV, GEORGE L | 0 | $44.72 | ESPARZA URESTI, MIRIAM I | 1 | $301.48 |
| PARYS, JOANNA | 0 | $0.00 | BEHNING, KYLE J | 0 | $203.13 | MIRANDA, THRISTAN S | 0 | $189.02 |
| LEWANDOWSKI, JOHN | 0 | $0.00 | DE JESUS, CHRISTIAN | 0 | $230.36 | VALENZUELA GARCIA, CARLA | 0 | $235.65 |
| HEARD, ERIC M | 0 | $172.30 | RIDDELL, CODY J | 0 | $0.96 | AVILA ALVAREZ, JESUS | 0 | $1,399.74 |
| BROWN, MAVIS K | 0 | $289.75 | PATEL, PARESH S | 0 | $16.26 | NYAMAA, MABEL | 0 | $352.05 |
| BETHEA, CAROLYN A | 1 | $221.66 | RAYGOZA MARTINEZ, FERNANDO | 0 | $60.35 | VARGAS FIGUEROA, BRENDA A | 0 | $245.02 |
| WESLEY, TACCIANA F | 0 | $424.82 | RUIZ, JUANITA | 1 | $213.87 | MOO, HAI LAY | 0 | $110.96 |
| VILLAFUERTE, SULEMA | 0 | $1,460.59 | HTOO, PWE D | 0 | $66.05 | SANCHEZ RODRIGUEZ, MAYRA N | 0 | $57.82 |
| JOHNSTON, ANDREW | 0 | $154.92 | ADAMS, LARRY J | 0 | $0.00 | QUINTERO HERNANDEZ, DULCE | 0 | $84.36 |
| LOPEZ, JESSICA S | 0 | $81.88 | BAZAN, PAUL A | 0 | $0.00 | DELGADO SOLANO, ADELINA | 0 | $336.51 |
| CERVANTES, ALEXIS I | 1 | $92.31 | ALVARADO, MIGUEL A | 0 | $226.95 | HUSSAIN, ASIF | 0 | $174.47 |
| HOMER, SOLOMON L | 0 | $73.86 | ARNOLD, JAMES J | 1 | $271.99 | UMANA GUZMAN, YEUDY W | 0 | $100.36 |
| DIAZ, ALMA I | 0 | $8.80 | MCCOY, EUGENE E | 1 | $155.55 | CORDOVA-ARANDA, MATIAS RICARDO | 0 | $447.87 |
| DJOMOU, IRENE VALERIE | 0 | $93.94 | TRANT, MICHAEL J | 0 | $278.21 | OSUMANU, ADAMA | 0 | $234.86 |
| PIZANO RUIZ, FRANCISCO | 0 | $53.34 | MASCHERI, ALAN M | 0 | $68.05 | YAHYA, MAHMOUD I | 0 | $91.29 |
| COLE, LAIMANT | 0 | $80.93 | ROBERTS, ROBERT N | 0 | $39.93 | NYANTAKYI, LOUISA O | 0 | $350.07 |
| DABNEY, ANTOINE C | 0 | $113.39 | STINSON, STEARLING D | 0 | $132.72 | PERALTA-MIRANDA, JORGE A | 0 | $111.10 |
| HAZLETT, MARIA J | 0 | $541.42 | NUNEZ, JOVITA | 0 | $162.29 | MANG, DAVID A | 0 | $40.19 |
| POCHYLY, MICHELLE L | 0 | $0.32 | WARDEAN, NICHOLAS D | 0 | $3.33 | FOSU, SAMUEL B | 0 | $156.83 |
| BUSH, MICHAEL R | 0 | $554.33 | RIVERA, NICOLE | 0 | $3,737.16 | MOHAMED, MOHAMED A | 0 | $95.92 |
| WITT JR, JOSEPH L | 1 | $95.73 | GONZALEZ, EDGAR O | 0 | $69.65 | RIOS ESCOBEDO, JANETH | 0 | $58.90 |
| CAPSHAW, CHRISTOPHER L | 0 | $50.55 | CARDINAS, ENSY | 0 | $38.41 | MUSONZA, WENDY | 0 | $20.30 |
| ESONES JR, THOMAS A | 0 | $28.67 | MALDONADO SIERRA, ROCIO DEL PILAR | 0 | $0.17 | ALI, ADIL I | 0 | $41.48 |
| TORRES, ERIKA | 0 | $59.85 | VARGAS, NATHAN J | 0 | $501.05 | TORRIJOS GONZALEZ, LUCILA | 0 | $43.58 |
| GRIFFIN, LAUREN | 0 | $1,660.02 | FITZPATRICK, KATIE L | 0 | $19.10 | VERA NAJERA, FABIOLA | 0 | $789.12 |
| TAYLOR, TRASHAUN O | 0 | $125.51 | RAMIREZ JR, JOSE L | 0 | $439.79 | MILAN CERVANTES, JHONATAN | 0 | $190.35 |
| OLSEN, ELLEN | 0 | $201.58 | SANCHEZ, GABRIELA | 0 | $261.03 | ORNELAS ZEPEDA, LAURA L | 0 | $34.20 |
| DEANE, LUCAS J | 0 | $14.02 | VASQUEZ, RICARDO | 0 | $23.10 | KHAMESIEH, ARMAN | 0 | $0.38 |
| RAMOS, KARINA | 1 | $735.72 | GARCIA, YURI | 1 | $23.81 | GERVACIO, LUISA | 1 | $309.11 |
| RUFFIN, AZARI | 0 | $303.90 | UGARTE, SALVADOR | 0 | $79.04 | APPIAH, ISAAC | 0 | $81.68 |
| HAUSER, RYAN P | 0 | $85.47 | NYANTAKYI, GEORGE | 0 | $700.18 | CASTILLO, YOLANDA G | 0 | $80.36 |
| MOSLEY, MARLIN G | 0 | $0.00 | SLOWIK, PATRICK J | 1 | $53.90 | TADROUS, HANY | 0 | $195.07 |
| GARDEA, MARIELA | 0 | $129.84 | COOPER, LYDIA V | 0 | $150.79 | AKWO, GWENDOLENE | 0 | $199.47 |
| NAVA, MARK A | 0 | $85.83 | WILLIAMS, CHARLES T | 0 | $154.69 | GONZALEZ MARTINEZ, EDUARDO | 0 | $345.91 |
| TORRES, FABIOLA A | 0 | $128.24 | TILLERY, EARNEST L | 0 | $301.88 | YOUNUS, NASEER | 0 | $46.39 |
| MOLINA ROMERO, ROSA M | 0 | $203.43 | GARNER, CHELYNA T | 0 | $3.35 | VEGA, GASPAR | 0 | $1,561.06 |
| SMITH, CATHY | 0 | $241.44 | WEBSTER, TERRY T | 0 | $134.42 | MENDOZA GONZALEZ, MARIO | 0 | $1,489.76 |
| JANOUCH, GEORGE | 0 | $118.58 | SZADORSKI, DAVID J | 0 | $258.04 | LARIOS MONROY, RAUL M | 0 | $70.97 |
| GARDNER, DEBORAH | 0 | $314.09 | HAFF, MELANIE U | 1 | $0.86 | ODAME ASIEDU, WILLIAM | 0 | $590.79 |
| DANIELS, VENEDA D | 0 | $6.67 | ROGERS, PORTIA L | 0 | $207.22 | AGYEMANG, BERTHA | 0 | $747.66 |
| MCCLENTON, DUSTINE T | 1 | $393.56 | SIMMONS, ANTWON D | 1 | $128.64 | PEREZ ALCARAZ, MARIA E | 0 | $105.97 |
| OCAMPO, ALBERTO C | 0 | $82.49 | WILEY, EDMON D | 0 | $705.08 | MESHESHA, AREGA B | 0 | $63.88 |
| POTTS, DEONNA C | 0 | $51.21 | SLOANE, ADAM V | 0 | $1.61 | DOMINGUEZ LOPEZ, EDSON G | 0 | $73.35 |
| BURTON, MAYLYNNE L | 0 | $78.34 | MCGEE, CORDERO | 0 | $228.46 | ZHENG, MINLI | 0 | $218.97 |
| JACKSON, MALIK | 0 | $1.55 | CARREON, JAIME | 0 | $425.14 | CE, UK | 0 | $73.19 |
| UMANA, ANDREW F | 0 | $122.33 | RIVERA, J GUADALUPE | 0 | $843.91 | ROMO LOMELI, VICTOR H | 0 | $5.56 |
| GALEANA, JOSE | 0 | $403.51 | CLARK, MELANIE F | 1 | $743.94 | SANCHEZ, JUAN C | 0 | $675.45 |
| SILVA, ORALIS | 0 | $299.18 | HANDLON, AMY R | 0 | $215.72 | LOPEZ MARTINEZ, FABIOLA | 0 | $279.13 |
| DOCTO, JC JON P | 0 | $0.00 | VILLANUEVA, DANIEL | 1 | $372.44 | BARON MORALES, ROSALBA | 0 | $0.18 |
| MEJIA MOLINA, RODRIGO A | 0 | $52.26 | FREDENHAGEN, NICHOLAS J | 0 | $0.52 | MENDOZA GONZALEZ, DANIEL | 0 | $260.71 |
| MERCADO, ELODIA | 0 | $384.37 | OSTIGUIN JR, ELEAZAR | 0 | $63.09 | BETANCOURT, MARIA D | 0 | $531.11 |
| CERRITENO, JUANA | 0 | $457.33 | OREL, ADAM T | 0 | $132.81 | CONTRERAS LULE, MARGARITA | 0 | $122.50 |

| Name | Opt-In | Total | Name | Opt-In | Total | Name | Opt-In | Total |
|---|---|---|---|---|---|---|---|---|
| WALSH, CLARENCE F | 1 | $65.46 | WILLIAMS, DOMINIC C | 0 | $120.13 | BARRIOS SANCHEZ, ANGELITA | 0 | $114.09 |
| CORRIGAN, CYNTHIA | 1 | $1,008.40 | PATTERSON, DONNA L | 1 | $461.77 | PI, GRAGORY C | 1 | $158.78 |
| TURNIPSEED, GERALD A | 0 | $3.00 | KUSINSKI, MARTIN | 1 | $752.32 | VALADEZ GALVAN, PEDRO L | 0 | $10.20 |
| JACKSON, COREY L | 1 | $73.58 | BANKSTON, LORNA C | 0 | $3.02 | ABDUL REHMAN, FNU | 0 | $54.30 |
| MICKLE, ERICA K | 1 | $14.91 | ESHELMAN, SEAN M | 0 | $434.38 | BAHENA BAZA, FERNANDO | 0 | $456.45 |
| SPRIGGS, TERRENCE L | 1 | $291.04 | PUTHENVEETIL, GEORGE S | 0 | $13.90 | CLAVEL SAGUILAN, SERGIO | 1 | $278.01 |
| ESTRADA SOLIS, OSCAR F | 0 | $172.49 | OCHOA, RITA | 0 | $296.52 | BETANCOURT MARTINEZ, CECILIA | 0 | $201.11 |
| MANG, SIMON H | 1 | $118.77 | PEREZ-JUAREZ, JUAN J | 0 | $409.37 | ANSAH, FREDERICK O | 0 | $39.67 |

CONFIDENTIAL

**EXHIBIT B**
**CLASS NOTICE**

| | | |
|---|---|---|
| MARTIN KUSINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 17-cv-3618 |
| | ) | |
| MACNEIL AUTOMOTIVE PRODUCTS | ) | |
| LIMITED | ) | Hon. Charles P. Kocoras |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT, AND FAIRNESS HEARING

**TO:** All persons employed by Defendant MacNeil Automotive Products Limited who were hourly non exempt workers who earned a bonus, commission and/or incentive payment and who worked in excess of forty (40) hours during any one or more weeks between May 12, 2014 and the present, but were not paid time and one-half their regular rate of pay for all hours worked in excess of forty (40) in a work week because said bonus, commission and/or incentive payment was not included in determining their overtime rate of pay.

> **Please Read This Notice Carefully. This Notice Relates to a Proposed Class Action Settlement of Litigation. If You Are a Settlement Class member, It Contains Important Information as to Your Rights.**

**What is this Notice about?**

This Notice is to tell you about the class settlement of a lawsuit that was filed against MacNeil Automotive Products Limited ("Defendant") and to tell you about a "Fairness Hearing" before Judge Kocoras on _____, 2018 at _____ __.m. in Courtroom ____ of the United States District Courthouse, located in Chicago, Illinois, to determine whether the proposed settlement described in the Class Action Settlement Agreement fairly resolves the claims against Defendant as explained below.

This Notice **is not** a notice of a lawsuit **against** you. A Federal Court has authorized this Notice.

**If you want to receive the money that is allocated to you as described below, you do not have to do anything. You will automatically receive it.**

-17-

**What is the Litigation about?**

On May 12, 2017, Plaintiff Martin Kusinski filed this lawsuit in the United States District Court for the Northern District of Illinois against Defendant on behalf of himself and others similarly situated who were employed by Defendant as non-FLSA-exempt employees. Plaintiff alleges in his Complaint that he and similarly situated employees who worked over forty hours and earned a bonus, commission and/or incentive payment in the same work week were not paid the proper amount of their regular rate of pay for overtime hours. The Complaint alleged violations of the Fair Labor Standards Act (FLSA), and the Illinois Minimum Wage Law (IMWL), based on Defendant's alleged failure to include any bonus, commission and/or incentive payment in the regular rate for all hours worked over forty in a work week. Plaintiff alleged that because of this, employees who earned any bonus, commission and/or incentive payment and worked over time in a work week were not paid proper overtime wages.

**Why did I get this Notice?**

You received this Notice because the lawyers for the Defendant identified you as a person in the Settlement Class. If you received this Notice, you are eligible to participate in the Settlement and may be eligible for compensation as described below.

**What is the "Settlement" and how was it agreed upon?**

The settlement relates to the miscalculation of your overtime pay. Specifically, the Plaintiff alleged that any bonus, commission and/or incentive payment was not included in the overtime rate that was paid to you. The Defendant has agreed to recalculate the overtime pay to pay this amount to you plus interest and penalties. There has been no determination by any court, administrative agency, or other tribunal as to the truth or validity of the factual allegations made against Defendant in this litigation.

Unless there is a settlement, the litigation will continue. In settlement negotiations, the Plaintiff and Defendant have taken into account the uncertainty of the outcome and the risk of litigation. In light of these factors, the Plaintiff and Defendant believe that the Settlement is the best way to resolve the litigation while minimizing further expenditures.

The Plaintiff and Defendant and their counsel believe that the Settlement is fair, reasonable, and adequate, and in the best interests of all parties, including the settlement class.

**What are the terms of the Settlement?**

Defendant has agreed to pay a settlement amount of $550,000 ("Gross Settlement Amount") to resolve all claims in this lawsuit as described in the Settlement Agreement. Each Settlement Class Member shall be allocated a portion of the Settlement Amount. Every Settlement Class member, including Plaintiff, will be allocated a share of the settlement proportionate to the overtime hours worked, and any bonus, commission, and/or incentive payment received, by the

-18-

Settlement Class Member.   The approximate amount that you will receive, and all paperwork relating to the settlement and the lawsuit can be viewed on line at: www._____.

**How do I receive a Settlement Payment?**

As a Class Member, you will **automatically** receive your share of the settlement, **unless** you exclude yourself from the Settlement.

**Am I required to participate in the Settlement?**

As a Class Member, you have the right to exclude yourself from the lawsuit and "opt-out" of the settlement if you comply with the opt-out procedure stated below. If you exclude yourself, you will not receive any payment from the Settlement Fund. To effectively opt-out, you must mail to the Class Counsel a written statement expressing your desire to be excluded from the Settlement in *Kusinski v. MacNeil Automotive Products Limited*, no later than _____ ("Request for Exclusion" date).  **The "opt-out" statement must be postmarked no later than this Request for Exclusive dateto be effective.**  Your written statement must state: "I do not want to receive money from this settlement.  Therefore, I request to be excluded from the settlement in *Kusinski v. MacNeil Automotive Products Limited* (Case No. 17-cv-3618) (U.S. District Court for the Northern District of Illinois)."   You must also include your full name, address, and telephone number, and personally sign the letter and mail a copy to: Class Counsel, The Fish Law Firm, P.C., 200 E. 5th Avenue, Suite 123, Naperville, IL 60563 and also mail a copy to the Clerk of the Court at 219 S. Dearborn St. Chicago, IL 60604.

**If you opt-out of the Settlement you will not recover any money as part of this Settlement.**  You may, however, pursue other legal remedies apart from the Settlement that may be available to you.

**YOU SHOULD NOT OPT-OUT IF YOU WISH TO PARTICIPATE IN THE SETTLEMENT.   YOU DON'T HAVE TO DO ANYTHING.   YOU WILL AUTOMATICALLY GET THE MONEY.**

**What is the Fairness Hearing and do I need to attend?**

The purpose of the Fairness Hearing in this case is to determine whether the proposed Settlement of the litigation is fair, reasonable, and adequate, and whether the proposed Settlement should be finally approved by the Court and the Litigation dismissed.  **Any Class Member who is satisfied with the proposed Settlement does not have to appear at the Fairness Hearing.**

Any person who has not validly and timely opted-out of the Settlement, but who objects to the proposed Settlement, may appear in person or through counsel at the Fairness Hearing and be heard as to why the Settlement should not be approved as fair, reasonable, and adequate, or why a final judgment should or should not be entered dismissing the litigation with prejudice.  If you choose to object to the Settlement, you must on or before _____("Objection Deadline"), mail your written objection to the Clerk of the Court at 219 South Dearborn Street, Chicago, IL 60604. The objection must set forth, in clear and concise terms, the legal and factual arguments

supporting the objection. Your written objection must also include (a) your full name, address, and, telephone number, (b) dates of your employment with Defendant; (c) copies of papers, briefs, or other documents upon which the objection is based, (d) a list of all persons who will be called to testify in support of your objection, (e) the caption of the lawsuit including the case number, and (f) your signature, even if you are represented by counsel. Settlement class members who do not timely make their objections in this manner will be deemed to have waived all objections and shall not be heard or have the right to appeal approval of the Settlement. The deadline to file an objection is _____.

If you file an objection and wish it to be considered, you must also appear at hearing on [INSERT DATE], at [INSERT TIME], at the federal courthouse at 219 South Dearborn Street, Chicago, IL 60604, at which time the presiding judge in this case (Judge Kocoras) will consider whether to grant final approval of this Settlement. YOU ARE NOT REQUIRED TO ATTEND THIS HEARING UNLESS YOU PLAN TO OBJECT TO THE SETTLEMENT. Please note that it is not sufficient to simply state that you object. You must state reasons why you believe the Settlement should not be approved.

**What rights am I giving up if I participate in the Settlement?**

As a Class Member, if you do not opt out of the Settlement you will release and discharge on behalf of yourself and each of your heirs, representatives, successors, assigns, and attorneys all claims specifically raised in the litigation related to the failure to include all bonuses of any kind, all commissions of any kind, and/or incentive payments of any kind that should or could have been included in the regular rate for overtime calculation purposes towards the regular rate of pay ("Released Wage Claims").

**How are the lawyers for the Settlement Class Paid?**

Class Counsel will receive an amount approved by the Court for its reasonable attorney fees and costs. They will apply to the Court for one-third of the settlement amount as their attorney fees plus the reimbursement of out of pocket expenses to be paid out of the Gross Settlement Amount

**What if the Court does not approve the Settlement?**

If the Court does not approve the settlement, the case will proceed as if no settlement had been attempted, and there can be no assurance that you will recover more than is provided for in the Settlement, or indeed, anything.

**PLEASE DO NOT CONTACT THE CLERK OF THE COURT OR THE JUDGE WITH INQUIRIES ABOUT THIS SETTLEMENT.**

Dated: _____

**EXHIBIT C**
**PROPOSED ORDER OF PRELIMINARY APPROVAL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARTIN KUSINSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 17-cv-3618** |
| | ) | |
| **MACNEIL AUTOMOTIVE PRODUCTS** | ) | |
| **LIMITED** | ) | **Hon. Charles P. Kocoras** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PRELIMINARY APPROVAL ORDER**

The parties have applied, pursuant to Rule 23(e), Fed. R. Civ. P., for an order approving settlement of the claims alleged in the Lawsuit, in accordance with a Class Action Settlement Agreement (the "Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the claims against Defendant and for dismissal of the Lawsuit against Defendant upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto. IT IS HEREBY ORDERED:

1.    The Court hereby preliminarily approves the settlement set forth in the Class Action Settlement Agreement ("Agreement") as being fair, reasonable and adequate, and in the best interest of Plaintiff and those persons that are identified on Exhibit A to the Agreement (the "Class Members") and that this matter is certified as a Class Action of the Class Members pursuant to Federal Rule of Civil Procedure 23.

2.    The Settlement Hearing shall be held before this Court at _____.m. on _____, 2018, at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, to determine finally whether the proposed settlement of the Lawsuit on the terms and conditions provided for in the Agreement is fair, reasonable, adequate,

-21-

and in the best interest of the Settlement Class, and should be approved by the Court; whether an Order and Final Judgment of Dismissal, should be entered. The Plaintiff shall file a motion seeking final approval and their request for attorney fees at least 7 days prior to the final approval hearing.

3.      The Court approves, as to form and content, the Class Notice that is attached to the Agreement as it complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States and any other applicable laws.

4.      With regard to distribution of the Settlement Notice, Class Counsel and Defendant are hereby directed and authorized to effectuate notice as called for in the Agreement and the Defendant shall provide to Class Counsel and the Settlement Administrator the information provided for the Settlement Agreement by the deadlines required therein.  The Court authorizes the utilization of a settlement administrator as called for in the parties' Settlement Agreement.

5.      Any Class Member wishing to oppose or contest the approval of the Agreement, the judgment to be entered thereon if the same is approved must comply with the procedures set forth in the Class Notice. Any Settlement Class Member who has served and filed an Objection as set forth therein may appear at the Settlement Hearing and show cause to the Court, if he or she has any, why the proposed settlement of the Lawsuit should or should not be approved as fair, reasonable, and adequate, or why a judgment should or should not be entered thereon. Any Settlement Class Member who does not make an objection in the manner provided herein shall be deemed to have waived such objection and shall be foreclosed from making any objection to the fairness, adequacy, or reasonableness of the proposed settlement.   The Objection Deadline and Request for Exclusion date are set for 14 days prior to the Fairness Hearing.

6.

IT IS SO ORDERED this ___ day of _____, 2018

UNITED STATES DISTRICT JUDGE

**EXHIBIT D—Final Approval Order**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **MARTIN KUSINSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 17-cv-3618** |
| | ) | |
| **MACNEIL AUTOMOTIVE PRODUCTS** | ) | |
| **LIMITED** | ) | **Hon. Charles P. Kocoras** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER GRANTING FINAL APPROVAL
## OF CLASS ACTION SETTLEMENT

The parties have applied, pursuant to Rule 23(e), Fed. R. Civ. P., for an order finally approving settlement of the claims alleged in this lawsuit, in accordance with a Class Action Settlement Agreement (the "Agreement"), which, together with the exhibits annexed thereto sets forth the terms and conditions for a proposed settlement of the claims against Defendant and for dismissal of the lawsuit against Defendant upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto.

The Court conducted a hearing regarding approval of the Agreement. After reviewing the Agreement, all papers filed in connection with Plaintiffs' Motion for Final Approval of Class

Action Settlement, and the arguments of counsel, and, good cause appearing, IT IS HEREBY ORDERED THAT:

1.      Pursuant to Rule 23(e), Fed. R. Civ. P., Plaintiffs' Motion for Final Approval of Class Action Settlement is GRANTED.  The Court finally approves the parties' Agreement and finds that the settlement terms set forth therein are fair, adequate, and reasonable, and in the best interest of Plaintiff and the Class Members (those persons attached and identified on Exhibit A to the Settlement Agreement), and the Agreement is hereby ordered to be performed by all parties.

2.      The Court hereby confirms as final its appointment of Martin Kusinski as the representative of the Class and David Fish, Kimberly Hilton, and John Kunze of The Fish Law Firm PC as Class Counsel.

3.      The Court has determined that the manner of providing notice specified in the Agreement,  fully and accurately informed the Class of all material elements of the settlement, met the requirements of due process, and was reasonably calculated to apprise the Settlement Class Members of the action and settlement.

4.      No Class Members have filed objections [or any objections are overruled].

5.      Plaintiff and all Class Members are barred and permanently enjoined from filing or prosecuting any claims, suits or administrative proceedings regarding claims released by the Agreement as specifically provided for in the Agreement.

6.      The Administrator shall issue payments as referenced in the Settlement Agreement.  The Court authorizes 1/3 of the Gross Settlement Fund plus costs in the amount of _____ (for a total of $_____) to be paid to Class Counsel.

IT IS SO ORDERED this _____

UNITED STATES DISTRICT JUDGE

_____