**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARTIN KUSINSKI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 17-cv-3618** |
| ) | |
| **MACNEIL AUTOMOTIVE PRODUCTS** ) | |
| **LIMITED** ) | **Hon. Charles P. Kocoras** |
| ) | |
| **Defendant.** ) | |
| ) | |

## PRELIMINARY APPROVAL ORDER

The parties have applied, pursuant to Rule 23(e), Fed. R. Civ. P., for an order approving settlement of the claims alleged in the Lawsuit, in accordance with a Class Action Settlement Agreement (the "Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the claims against Defendant and for dismissal of the Lawsuit against Defendant upon the terms and conditions set forth therein, and the Court has read and considered the Agreement and the exhibits annexed thereto. IT IS HEREBY ORDERED:

1.      The Court hereby preliminarily approves the settlement set forth in the Class Action Settlement Agreement ("Agreement") as being fair, reasonable and adequate, and in the best interest of Plaintiff and those persons that are identified on Exhibit A to the Agreement (the "Class Members") and that this matter is certified as a Class Action of the Class Members pursuant to Federal Rule of Civil Procedure 23.

2.      The Settlement Hearing shall be held before this Court at 9:30 a.m. on August 9, 2018, at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, to determine finally whether the proposed settlement of the Lawsuit on the terms and conditions provided for in the Agreement is fair, reasonable, adequate, and in the best interest of the Settlement Class, and should be approved by the Court; whether an Order and Final Judgment of

Dismissal, should be entered. The Plaintiff shall file a motion seeking final approval and their request for attorney fees at least 7 days prior to the final approval hearing.

3.      The Court approves, as to form and content, the Class Notice that is attached to the Agreement as it complies fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States and any other applicable laws.

4.      With regard to distribution of the Settlement Notice, Class Counsel and Defendant are hereby directed and authorized to effectuate notice as called for in the Agreement and the Defendant shall provide to Class Counsel and the Settlement Administrator the information provided for the Settlement Agreement by the deadlines required therein.  The Court authorizes the utilization of a settlement administrator as called for in the parties' Settlement Agreement.

5.      Any Class Member wishing to oppose or contest the approval of the Agreement, the judgment to be entered thereon if the same is approved must comply with the procedures set forth in the Class Notice. Any Settlement Class Member who has served and filed an Objection as set forth therein may appear at the Settlement Hearing and show cause to the Court, if he or she has any, why the proposed settlement of the Lawsuit should or should not be approved as fair, reasonable, and adequate, or why a judgment should or should not be entered thereon. Any Settlement Class Member who does not make an objection in the manner provided herein shall be deemed to have waived such objection and shall be foreclosed from making any objection to the fairness, adequacy, or reasonableness of the proposed settlement.   The Objection Deadline and Request for Exclusion date are set for 14 days prior to the Fairness Hearing.

IT IS SO ORDERED this 5th day of June, 2018

UNITED STATES DISTRICT JUDGE

Charles P. Kocoras